E-FILED
Wednesday, 08 August, 2018  09:43:49 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 2

# IN THE CIRCUIT COURT
## OF THE SEVENTH JUDICIAL CIRCUIT
### SANGAMON COUNTY, ILLINOIS

| | | |
|---|---|---|
| ESTATE OF DEBRA VOGT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2018-L-123 |
| | ) | |
| WASHINGTON NATIONAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | **PLAINTIFF DEMANDS** |
| Defendant. | ) | **TRIAL BY JURY** |

## SUMMONS

To each defendant:    Washington National Insurance Company,
c/o Illinois Department of Insurance
4th Floor
320 West Washington Street
Springfield, IL 62767

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court, 200 South Ninth Street, Room 405, Springfield, Illinois 62701, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

6/28/2018

WITNESS_____,2018

_____
Clerk of the Court

_____
Deputy Clerk

| | |
|---|---|
| Name: | Ackerman Law Office, P.C. |
| Attorney for | Plaintiff |
| Address | 2601 South Fifth St |
| City | Springfield, IL 62703 |
| Telephone | 217-789-1977 |

Date of service: _____, 2018.
(To be inserted by officer on copy left with defendant or other person)

## SHERIFF'S RETURN AND CERTIFICATION

I certify that I served this summons on the Defendant as follows:
(Check appropriate box and complete information below.)

☐   (a)   (Individual defendants - personal):

By leaving a copy and a copy of the complaint with the individual defendant personally.

☐   (b)   (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of the individual defendant with some person of the family, of the age of 13 years or upwards, informing that person of the contents thereof and also by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to the individual defendant at his or her usual place of abode.

☐   (c)   (Corporation defendants):

By leaving a copy and a copy of the complaint with its registered agent or any other officer or agent of the defendant corporation.

☐   (d)   (Other service):

_____
_____

Name of Defendant _____        Name of Defendant _____

Name of other person                             Name of other person
summons left with _____          summons left with _____

Sex _____     Race_____  Approx. Age _____        Sex _____     Race_____  Approx. Age _____

Date of Service _____            Date of Service _____

Time _____                       Time _____

Date of Mailing _____            Date of Mailing _____


### SHERIFF'S FEE

_____Service and Return         $ _____

Miles         $ _____

Total         $ _____


_____, Sheriff of _____ County

By _____, Deputy

EFILED
6/22/2018 3:54 PM
Paul Palazzolo
7th Judicial Circuit
Sangamon County, IL

**IN THE CIRCUIT COURT
OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS**

|  |  |  |
|---|---|---|
| ESTATE OF DEBRA VOGT, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2018L 000123 |
| | ) | |
| vs. | ) | |
| | ) | |
| WASHINGTON NATIONAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | **PLAINTIFF DEMANDS** |
| Defendant. | ) | **TRIAL BY JURY** |

**COMPLAINT**

**COUNT I**

**NOW COMES** the Plaintiff, Alicia Vogt, Personal Representative for the Estate of Debra Vogt,

by her attorney, James W. Ackerman, and for her Complaint against Washington National Insurance

Company, states as follows:

1.      Alicia Vogt is the duly appointed Personal Representative of the Estate of Debra Vogt.

2.      Washington National Insurance Company is an insurance company doing business in the

State of Illinois.

3.      Washington National Insurance Company insured the life of Debra Vogt from at least

August 02, 2014 through the date of decedent's death, August 12, 2017.

4.      Attached hereto as Exhibit A is a true and accurate copy of the insurance policy from

Washington National Insurance Company.

5.      Debra Vogt had her insurance policy paid through withdraw from her paycheck.

6.      All premiums were made through her death.

7.      Plaintiff filed a claim per the policy.

8.      Plaintiff has done everything she needed to do under the policy.

9.      Washington National Insurance Company has now refused to pay the policy offering to

refund the premiums instead.

10.      Washington National Insurance Company now claims that it terminated the policy. Attached as Exhibit B is a true and accurate copy of its letter.

11.      On or around February 28, 2018, Plaintiff, through her attorney, sent demand, which was written notice, pursuant to the policy.

12.      According to the policy, written notice must be given within sixty days after the start of a loss or as soon as reasonably possible.

13.      The policy also indicates that when defendant receives notice of claim that it will send forms for filing a proof of loss. It also provides that "if we do not send these forms within fifteen days, you will meet the proof of loss requirements by giving us a written statement as to the nature and extent of the loss within the time stated in the proof of loss provision".

14.      The claim letter provided the proof of loss.

15.      On March 26, 2018, Plaintiff sent a proof of loss letter.  A copy is attached as Exhibit C.

16.      Defendant has breached its agreement.

17.      Plaintiff has been damaged in the amount of one hundred thousand dollars ($100,000.00).

18.      The policy provides the defendant will pay interest at 9% per annum from the 30th day after receipt of the proof of loss to the date of late payment.

**WHEREFORE,** Alicia Vogt, Personal Representative for the Estate of Debra Vogt, respectfully requests this court to enter judgment in her favor in the amount of $100,000, plus interest at 9% as set forth above, and any further relief this court deems appropriate.

<u>**COUNT II**</u>

1.      Plaintiff re-alleges paragraphs one through eighteen as set forth herein.

2.      The defendant's failure to pay the policy is unreasonable and vexatious.

3.      Illinois law provides that the court can require the defendant to pay attorney's fees for unreasonable and vexatious refusal to pay the claim. 215 ILCS 5/155. The amount payable is not more than one of the following: (a) 60% of the amount due, (b) sixty thousand dollars

($60,000.00); (c) the excess of the amount which the court or jury finds that the party is entitled

to recover exclusive the costs, over the amount, if any, which the company offered to pay in the

settlement prior to the action.

     **WHEREFORE** plaintiff respectfully requests this court to enter a judgment in her favor

in the amount of $100,000, plus any amounts the court deems reasonable, plus attorney's fees

and costs and any further relief this court deems appropriate.

     Respectfully submitted,


     /s/James W. Ackerman
     James W. Ackerman

James W. Ackerman 06192795
ACKERMAN LAW OFFICE
2601 S. Fifth Street
Springfield, IL 62703
(217) 789-1977
jim@ackermanlawoffices.com

**IN THE CIRCUIT COURT
OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| ESTATE OF DEBRA VOGT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CASE NO. |
| | ) | |
| WASHINGTON NATIONAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | PLAINTIFF DEMANDS |
| Defendant. | ) | TRIAL BY JURY |

## AFFIDAVIT REGARDING DAMAGES SOUGHT

**NOW COMES** the Plaintiff, Alicia Vogt, Personal Representative for the Estate of

Debra Vogt, and for her Affidavit Regarding Damages Sought hereby states under oath that

Plaintiff seeks in excess of $50,000.00.

s/ James W. Ackerman
Alicia Vogt, Plaintiff
By her Attorney

SUBSCRIBED and SWORN to before me, a Notary Public, this _____ day of

_____, 2018.

_____
Notary Public

James W. Ackerman 06192795
ACKERMAN LAW OFFICE
2601 S. Fifth Street
Springfield, IL 62703
(217) 789-1977
jim@ackermanlawoffices.com

Page 1 of 1

**Washington National Insurance Company**
Home Office: 11825 N. Pennsylvania St., Carmel, Indiana 46032-4555
Telephone: 1-800-888-4918

AUGUST 02, 2014

DEBRA VOGT

SPRINGFIELD, IL 62702

Dear:    DEBRA VOGT    .

Welcome! We're pleased that you have chosen Washington National Insurance Company, one of the leading providers of supplemental health products, to help fill the gaps in your health insurance. We have enclosed your policy/certificate, which details the benefits available with your insurance product.

At Washington National Insurance Company, we're providing coverage and service for millions of Americans. In fact, we can continue to improve your financial security with a variety of health insurance products. As you examine your health needs, I hope you'll keep in mind the advantages, benefits and features of our coverage.

For your customer service needs or product information, please call Washington National Insurance Company at 800-888-4918.

Thanks again for choosing Washington National Insurance Company. We appreciate the opportunity to help you step up to a better, more secure future.

Sincerely,

Washington National Insurance Company

ST(493)-CIC

EXHIBIT

A

# WASHINGTON NATIONAL INSURANCE COMPANY'S

## CUSTOMER SERVICE DEPARTMENT:

## Toll Free 1-800-888-4918

With Washington National Insurance Company you not only receive valuable insurance protection you also get the very best in customer service.

Please call us whenever you:

☐ need a claim form;

☐ change your address;

☐ would like to add or remove family members from your coverage;

☐ change your name; or,

☐ would like to change your premium payment plan.

We are here to serve you!

# PRIVACY NOTICE

### HOW HEALTH AND FINANCIAL INFORMATION ABOUT YOU MAY BE USED AND SHARED
### YOUR RIGHT TO ACCESS THIS INFORMATION – PLEASE REVIEW CAREFULLY

### Our Privacy Commitment
This notice applies to you as a prospective, current or former customer. It describes what we do with your **Personally Identifiable Information ("PII")**. It also describes the choices you have about PII in our care.

PII is information that clearly identifies you. Examples of PII are your name, address, social security number, information about your health and finances, and other nonpublic information.

**We will not ask for your PII unless it is reasonably necessary to issue or service your insurance with us.**

This notice covers the insurance companies owned or controlled by CNO Financial Group, Inc. ("Affiliates" or "Affiliated Companies"), which are listed below.* We may change our privacy practices at any time. For purposes of federal health privacy law, we are an affiliated covered entity. This means that our health insurance plans comply with federal health privacy laws as a single entity.

### Protecting Your Information
Your trust is important to us. We take your privacy seriously. We limit access to our buildings and our information systems to authorized persons. We have policies and procedures designed to keep PII safe and secure. We train our personnel to make privacy a priority. We use privacy and security safeguards that obey state and federal regulations. If state law is stricter than federal law, then we will follow the stricter law.

### Types of PII We Collect and Why We Collect It
Mostly, we collect your PII directly from you. You provide PII when you apply for insurance, make a claim for benefits or ask us to perform a transaction on your policy. We need your name and contact information, date of birth and may need your social security number. Depending on the coverage you apply for, we may ask you about your past or present health status and financial assets.

We also collect your PII from third parties. We may need medical records or consumer credit reports to underwrite your coverage or to process insurance claims. We may get reports from MIB, Inc., a nonprofit insurance support organization that exchanges information with its members. We may ask about the insurance you have with an Affiliated Company, such as the amount of your coverage or your payment history. We get your authorization to obtain this information, unless the law allows otherwise.

We use your PII for the purpose of issuing and servicing your insurance coverage. The issuing company may also use your PII to offer you other products and services. **However, we do not use your health information for marketing purposes unless the law allows it.**

### Sharing PII Fairly and Legally
We may share your PII with nonaffiliated companies that perform services for us in order to help administer your policy, or with whom we have joint marketing agreements. These companies are also required to maintain strict privacy and security standards. You cannot restrict this type of sharing.

We may share your PII with Affiliated Companies or nonaffiliated companies as allowed by law such as to protect the security of our records, to meet legal or regulatory requests, or to follow state, federal or local laws. We may share a limited amount of PII provided by you with MIB, Inc. You cannot restrict this type of sharing.

### Your Opt-Out Rights
If you do not want us to share your PII (except as permitted by law) with Affiliated Companies or nonaffiliated companies you may call the toll free number listed below to opt-out of Affiliate sharing, nonaffiliated company sharing or both. If you previously opted out of Affiliate sharing, your election is effective for 5 years. If you previously opted out of nonaffiliated company sharing, your election is effective until you revoke it.

### *California, Montana, New Mexico, North Dakota and Vermont Residents*
*We will not share your PII with nonaffiliated companies for marketing purposes. You do not need to take any action to opt out of this kind of sharing. We may share your PII with nonaffiliated companies for purposes that are allowed by law.*

---

\* Bankers Life and Casualty Company, Bankers Conseco Life Insurance Company, Colonial Penn Life Insurance Company, Conseco Life Insurance Company, Conseco Life Insurance Company of Texas, Washington National Insurance Company. Bankers Conseco Life Insurance Company is a New York licensed insurance company.

*Vermont Residents*

*For marketing purposes, we will only disclose your name, contact information and information about your transactions with us to non affiliated third parties with whom we have joint marketing agreements.*

# To Opt Out – Call us at 800-783-7720

Our automated opt out line will lead you through your choices.  Please have your policy number ready.

## Or Write to us at P.O. Box 2031, Carmel, IN 46082-2031

You may opt out of Affiliate sharing or non affiliated company sharing by writing to us.  Please, provide your full name, current mailing address and policy number(s).

### Your Right to Access Your PII

You have the right to access the PII we maintain about you.  If you wish to do so, write to us at the address listed at the bottom of this notice.  Please provide your full name, address, and policy number(s).  We will respond within 30 days after receipt.  We will provide this information free of charge once a year; otherwise, we may make a reasonable charge for copying and postage.

### Your Right to Correct Your PII

You have the right to correct your PII.  Even if we have contradictory information, we will keep your request for correction with your file for as long as you are our customer. If we agree to your request, we will make reasonable efforts to communicate the correction or amendment to other parties who may need this information. We do not have to accommodate your request if we did not create the PII, if we do not maintain the information, or if your PII is already accurate and complete.  To give your request careful consideration, provide us with a written request signed by you or your Legal Representative.  If we deny your request, we will explain our reasons in writing and let you know how to file a complaint with us and regulatory agencies.

### Your Right to Request an Accounting of Disclosures of Your PII

You may request a record of disclosures of your PII made within the last six years.  We are not required to provide an accounting of disclosures made for payment activities, health care operations or based on a valid written authorization. Your request must state a specific period of time that may not be longer than six years and may not include dates before April 14, 2004. Provide us with a written request signed by you or your Legal Representative.  We will provide this information free of charge once a year; otherwise, we may make a reasonable charge for each additional accounting request.

### Your Right to File a Complaint

If you have a privacy related complaint, please let us know so we can address your concern.  Write to us at P.O. Box 2031, Carmel, IN 46082-2031.  You may also file a complaint with your state department of insurance.  You may also file a complaint with the Secretary of the U.S. Department of Health and Human Services in Washington, D.C. within 180 days of the violation.  Neither filing a complaint with a regulatory agency or us will adversely affect your status as our customer or the services you receive from us.

### Additional Privacy Rights for Health Insurance

### Your Right to Request Alternative Means of Communication

You have the right to request that we communicate with you by alternative means, such as directing your mail to a post office box. We will try to accommodate your request if it is reasonably possible for us to do so. We are required to accommodate reasonable requests if you inform us that disclosure of all or part of your PII could place you in danger. Provide us with a written request signed by you or your Legal Representative.

### Your Right to Request a Restriction on Communications

You may request that we restrict our disclosures of your PII (including health information) to or from certain persons.  We are not required to comply with your request.  If we cannot comply with your request, we will explain that in writing to you. Provide us with a written request signed by you or your Legal Representative.  We reserve the right to terminate your request if we believe it is appropriate. If this happens, we will notify you in writing.  You can terminate a restriction request by letting us know in writing or by phone.

### Additional Privacy Standards for Health Insurance

We are subject to additional privacy standards for health insurance.  Except as listed below, we will not disclose your PII without a valid written authorization, which you may revoke at any time. Remember, PII includes specific health information about you, including information regarding payment for health care.

* Bankers Life and Casualty Company, Bankers Conseco Life Insurance Company, Colonial Penn Life Insurance Company, Conseco Life Insurance Company, Conseco Life Insurance Company of Texas, Washington National Insurance Company.  Bankers Conseco Life Insurance Company is a New York licensed Insurance company.

- **Payment and Health Care Operations** - The law permits us to disclose your PII to an organization subject to federal health privacy laws when conducting payment activities or health care operations.  For instance, we may share medical information with your health care providers in connection with settling your claims.  Also, we may use your medical information as required to conduct internal quality audits or in connection with reinsurance, mergers or acquisitions.
- **Caregivers or Emergencies** - The law permits us to disclose a minimum amount of your PII to persons involved in your care, or in an emergency.
- **Public Interest** - The law permits us to disclose your PII if it is required by law, for fraud prevention or law enforcement.  We may disclose your PII to a state or federal agency, including the US Department of Health and Human Services for compliance purposes. We may disclose your PII to comply with a court order or if we believe you are a victim of abuse, neglect or domestic violence.

## Fair Credit Reporting Act Notice

As part of our underwriting procedures, we may get a consumer report.  The report will contain information about your character, general reputation, personal characteristics and mode of living. The information is obtained through interviews with your friends, neighbors and associates. You have a right to ask for details on the nature and scope of this report. You have the right to contact the consumer reporting agency to review a copy of the report. If you write to us we will let you know if we have in fact obtained a report; and, if so, the name and the address of the agency making the report.

## MIB Notice

Information regarding your insurability is confidential.  We (or our reinsurers) may make a brief report to MIB, Inc.  MIB is a non-profit membership organization of life insurance companies, which operates an information exchange on behalf of its members.  If you apply to another MIB member company for life or health insurance, or submit a claim for benefits, MIB, upon request, will supply that company with information it may have in its file.  We (or our reinsurers) may release information in our files to other life insurance companies to whom you might apply for life or health insurance, or submit a claim for benefits.

If you request it, MIB will arrange disclosure of any information it may have in your file.  If you question the accuracy of any information in the Bureau's files, you may contact MIB and seek correction in accordance with the procedures of the Fair Credit Reporting Act.  The address of MIB's information office is 50 Braintree Hill Park, Suite 400, Braintree, Massachusetts 02184-8734.  MIB's telephone number is (866) 692-6901. Information for consumers about MIB is available on its website at www.mib.com.

## Contact Us

For more information about this notice, call us at 866-385-7252 or write to us at P.O. Box 2031, Carmel, IN 46082-2031.

**This notice is effective January 1, 2011.**

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Important Privacy Choices for Consumers

If you do not want us to share your PII for marketing purposes, you can opt out.

☎  Call us toll-free at 800-783-7720.  Please have your policy number ready.

🖨  Fax this form to 800-757-6324.

✉  Mail this form to P.O. Box 2031, Carmel, IN 46082-2031. (CA residents may be provided a pre-addressed envelope.)

My Opt Out Choices

☐  Do not share my PII with nonaffiliated companies for marketing purposes. This opt out choice is effective until I revoke it.

☐  Do not share my PII with Affiliated Companies* for marketing purposes. This opt out choice is effective for 5 years.

My Information

Printed Name _____  Policy Number(s) _____  Date _____

Address _____  City _____  State _____  Zip Code _____

* Bankers Life and Casualty Company, Bankers Conseco Life Insurance Company, Colonial Penn Life Insurance Company, Conseco Life Insurance Company, Conseco Life Insurance Company of Texas, Washington National Insurance Company.  Bankers Conseco Life Insurance Company is a New York licensed insurance company.

# Helpful Hints

*From the Claims Department to guide you through filing your Accident claim*

We value you as a customer and want to make the process of filing a claim as fast and as simple for you as possible.  To assist you with the process, we're providing these helpful hints:

## SUBMITTING A CLAIM

When submitting a claim, attention to the following details will assure that your claim moves quickly and benefits due are processed without delay.

- Submit a fully completed and signed claim form.

- Be sure to include the provider's name, address and phone number with all claims.

- Provide the first diagnosis date for the health condition for which bills are being submitted.

- Itemized bills are required that include dates of service, procedure codes and diagnosis codes (e.g. CMS 1500, UB04, etc.)

- For Puerto Rico Resident only: When submitting an Emergency Room claim, please include a copy of your Explanation of Benefits from your primary insurance carrier, if applicable.

---

**TOP 3 REASONS CLAIMS
MAY BE DELAYED**

1. *Itemized bills* are not sent with the claim form.
2. *Supporting documents* such as the accident report, death certificate or any other information surrounding the accident are not sent with the claim form.
3. A thorough *description of the accident* and the *date* it occurred are not sent with the claim form.

---

## WHERE TO SUBMIT CLAIMS

Mail all accident *claims* to:

Claim Processing
P.O. Box 2024
Carmel, IN  46082-2024
(800) 541-2254

*Express packages* should be addressed to:

Attn: Claim Processing 2024
11825 N. Pennsylvania Street
Carmel, IN  46032

Faxes for the health claims should be sent to
(317) 208-8656.

Phone calls may be directed to customer service at
(800) 541-2254

**THIS PAGE INTENTIONALLY BLANK**

# ACCIDENTAL INJURY CLAIM FORM

**Failure to complete all sections may result in a delay in processing this claim.**

**Washington National Insurance Company**
P.O. Box 2024
Carmel IN 46082-2024
(800) 541-2254

POLICY OR CERTIFICATE NUMBER: _____

## SECTION A: OWNER INFORMATION (Please print)

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|

| SOCIAL SECURITY NUMBER | BIRTH DATE __/__/__ | PHONE NUMBER (HOME) (   ) |
|---|---|---|

ADDRESS                          ☐ Check box if this is a new permanent address

| CITY | STATE | ZIP |
|---|---|---|

IF MAILING ADDRESS IS A PO BOX, PLEASE INDICATE  PHYSICAL ADDRESS HERE:

| PLACE OF EMPLOYMENT | PHONE NUMBER (WORK) (   ) |
|---|---|

ADDRESS

| CITY | STATE | ZIP |
|---|---|---|

## PATIENT INFORMATION (If different than owner; Please print)

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|

| SOCIAL SECURITY NUMBER | BIRTH DATE | PHONE NUMBER (   ) |
|---|---|---|

IF MAILING ADDRESS IS A PO BOX, PLEASE INDICATE  PHYSICAL ADDRESS HERE:

| ☐ MALE ☐ FEMALE | ☐ SINGLE ☐ MARRIED ☐ OTHER | RELATIONSHIP: ☐ SELF  ☐ SPOUSE  ☐ DEPENDENT ☐ CHECK IF DEPENDENT IS FULL-TIME STUDENT ☐ CHECK IF INSURED IS DECEASED – DATE DECEASED ___/___/___ |
|---|---|---|

Where did this accident occur? ☐ HOME  ☐ WORK  ☐ OTHER _____

What was the date you first consulted a physician because of this accident?  ____/____/____

| PLACE OF EMPLOYMENT | PHONE NUMBER (WORK) (   ) |
|---|---|

Please provide the names, addresses and phone numbers of any physician who has treated you or with whom you have consulted in the last two years:

Please describe where and how this accident occurred; please also include the date/dates of the accident:

**PR residents only:**  Please provide the following information for your Major Medical Insurer:

| NAME OF COMPANY | | PRIMARY INSURED NAME | | |
|---|---|---|---|---|
| STREET ADDRESS | | CITY | STATE | ZIP |
| GROUP NUMBER | | PHONE NUMBER | | |

**Please be sure to include the following information along with this claim form:**

☐  **Itemized bills from facility including diagnosis and/or procedure codes and charge amounts**
   (Itemized bills may include but are not limited to the following claim forms: UB04, CMS 1500, etc.

☐  **All supporting documentation from the accident (accident report, death certificate, etc)**

By signing my name on this document, I declare that all of the information given is true and correct to the best of my knowledge and belief.  I acknowledge I have received all required fraud warnings at the time of executing this form.

_____          _____          _____
PATIENT'S SIGNATURE (or legal representative)          RELATIONSHIP          DATE

_____          _____          _____
OWNER'S SIGNATURE          (or legal representative)          DATE

Claims Department, P.O. Box 2024, Carmel IN 46082-2024
Phone: (800) 541-2254   Fax: (317) 208-8656

**THIS PAGE INTENTIONALLY BLANK**

Claims Department, P.O. Box 2024, Carmel IN 46082-2024
Phone: (800) 541-2254   Fax: (317) 208-8656

ADC001-WNIC (09/11)

For your protection, the laws of several states require the following statement:

**Fraud Warning:** ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE IS FACILITATING A FRAUD AGAINST ANY INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD.

**AK, Residents:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law.

**AZ Residents:** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**AR Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**CA Residents:** For your protection California law requires the following to appear on this form: Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**CO Residents:** It is unlawful to knowingly provide false incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**DE Residents:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony.

**DC Residents:** WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**FL Residents:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**ID Residents:** Any person who knowingly, and with intent to defraud, or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony.

**IN Residents:** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**KY Residents:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**LA Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**ME Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**MN Residents:** A person who files a claim with the intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**NH Residents:** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in 638:20.

**NJ Residents:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NM Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**NY Residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application of insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material

Claims Department, P.O. Box 2024, Carmel IN 46082-2024
Phone: (800) 541-2254 Fax: (317) 208-8656

thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for such violation.

**OH Residents:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**OK Residents: WARNING:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**OR Residents:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may be guilty of insurance fraud.

**PA Residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**PR Residents:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties.  Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**RI Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**TN Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties include imprisonment, fines and denial of insurance benefits.

**RI Residents:** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in prison.

**VA Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties include imprisonment, fines and denial of insurance benefits.

**WA Residents:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties include imprisonment, fines and denial of insurance benefits.

**WV Residents:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

# Authorization to Obtain Medical Records
### Pursuant to the HIPAA Privacy Rule – to be obtained after insurance is issued

## I.    My Information – the individual who is the subject of the information

Printed Name _____    Date of Birth _____    Social Security Number _____

Address _____    City _____    State _____    Zip Code _____

## II.    Disclosing Party – the party or parties authorized to release information about me
Any physician or other health care provider, hospital, clinic, medical facility, clinical lab, pharmacy, pharmacy benefit manager or pharmacy-related organization, insurance company or health plan, Social Security Administration, governmental agency, MIB Inc. or my employer.

## III.    Description of my information authorized for release
Any information related to my past, present or future health condition(s), medical care or treatment, which includes information about mental health, communicable disease, HIV/AIDS and substance abuse, but excludes psychotherapy notes.

## IV.    Purpose of Authorization – how my information will be used by the Receiving Party
To administer benefits under a policy or certificate of insurance.

## V.    Duration of Authorization
Twenty-four (24) months from the date written below, unless I specify an earlier date here: _____

## VI.    Receiving Party – the party authorized to receive information about me
CNO Services, LLC on behalf of one or more of the following insurance affiliates:  Bankers Life and Casualty Company, Bankers Conseco Life Insurance Company*, Colonial Penn Life Insurance Company, Conseco Life Insurance Company, Washington National Insurance Company
*domiciled in and licensed in the State of New York

## VII.    Approval – signed and dated by me or my Legal Representative
Do not sign this form until you review the important information on the other side.

_____    _____
Print Name of Person Signing    Relationship (if signed by Legal Representative*)

_____    _____
Signature    Date signed

*Legal Representatives must provide documentation of legal authority

# Authorization to Obtain Medical Records
**Pursuant to the HIPAA Privacy Rule– to be obtained after insurance is issued**

## Important information about this Authorization to Obtain Medical Records

- Refusing to sign this Authorization does not affect my ability to obtain medical treatment or the terms of my insurance coverage, but may prevent my insurance company from being able to determine when benefits are payable to me in the event I file a claim.

- I understand that I can revoke this Authorization at any time, except to the extent it has been relied upon, by sending a written revocation to the address below

- I understand if the person or organization that I authorize to receive information described in this Authorization is not subject to federal health information privacy laws then such information could be re-disclosed and would no longer be protected by these laws.

- I understand that I have a right to receive a copy of this Authorization.

- I understand that a photocopy or facsimile of this Authorization is as valid as the original.

- Return the signed and dated form to:

Customer Service
P.O. Box 2024
Carmel, IN 46082-2024

Phone (800) 541-2254
Fax (317) 208-8656

# ACCIDENTAL INJURY CLAIM FORM
## PHYSICIAN'S STATEMENT

**SECTION B: PHYSICIAN'S STATEMENT**    Please answer each question COMPLETELY.

~~Failure to complete all sections may result in a delay in processing this claim.~~

Policy/Certificate Number: _____    Policyholder Name: _____

Patient Name: _____    Patient Date of Birth: _____

| PHYSICIAN'S NAME | | PHONE NUMBER ( ) | | FAX NUMBER ( ) |
|---|---|---|---|---|
| MAILING ADDRESS | | CITY | STATE | ZIP |

We need standard claim forms (UB04, CMS1500, etc) to consider benefits; please send bills with this form.  If these forms are not available, please complete the following section:

| DATES OF SERVICE | Diagnosis Code/ICD9 | Diagnosis Description | Procedure Code (CPT) | Procedure Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. Where did this accident occur? ☐HOME ☐ WORK ☐OTHER    Date of incident: ____/____/____
2. To your knowledge, has this patient ever had the same or similar medical condition? ☐YES ☐ NO    Dates: ____/____/____
3. Please describe where and how this accident occurred:

_____
_____

4. Was patient hospitalized as a result of this diagnosis? ☐YES☐ NO    Date of admission: ____/____/____  Discharge:___/___/___
5. Hospital Name: _____    City:_____  State:_____
6. **If hospitalized, was patient confined to the Intensive Care Unit?** ☐YES☐ NO **Dates of confinement in ICU:** _____
7. Is patient's past medical history on file in your office? ☐YES☐ NO    If yes, what years are available? _____
8. Please provide the names, addresses, and phone numbers of any physicians who has treated the patient in the last 2 years:

_____
_____
_____


_____        _____        _____
**Physician's Signature**              **Date**                  **Tax ID Number**

Claims Department, P.O. Box 2024, Carmel IN 46082-2024
Phone: (800) 541-2254   Fax: (317) 208-8656

ADC001-WNIC (09/11)

### AGENT'S STATEMENT OF CONTRACT DELIVERY

I have mailed Policy/Certificate No. ███ 1885

on _____ (Date), to the following address

Insured's Name:   DEBRA VOGT

Address:
        SPRINGFIELD, IL 62702


Agent's Name: _____


Agent's Signature: _____


If you are a Non-Resident Agent in the state this contract was sold, and that
state requires a Resident Agent's Countersignature, please see that this
contract is countersigned in the designated space by a Licensed Resident
Agent prior to delivery.


### CONTRACT RECEIPT

I have received Policy/Certificate No. ███ 1885

The contract and benefits have been explained and are fully satisfactory
to me.

Date: _____


Insured's Signature: _____

Agent's Signature: _____


CIC-DELIVERY RECEIPT

## AGENT'S STATEMENT OF CONTRACT DELIVERY

I have mailed Policy/Certificate No. ██████ 1885

on _____ (Date), to the following address

Insured's Name:  DEBRA VOGT

Address:
      SPRINGFIELD, IL 62702

Agent's Name: _____

Agent's Signature: _____

If you are a Non-Resident Agent in the state this contract was sold, and that
state requires a Resident Agent's Countersignature, please see that this
contract is countersigned in the designated space by a Licensed Resident
Agent prior to delivery.

### CONTRACT RECEIPT

I have received Policy/Certificate No. ██████ 1885

The contract and benefits have been explained and are fully satisfactory
to me.

Date: _____

Insured's Signature: _____

Agent's Signature: _____

CIC-DELIVERY RECEIPT

## AGENT'S STATEMENT OF CONTRACT DELIVERY

I have mailed Policy/Certificate No. ████ 1885

on _____ (Date), to the following address

Insured's Name:  DEBRA VOGT

Address:
          SPRINGFIELD, IL 62702


Agent's Name:  _____


Agent's Signature:  _____


If you are a Non-Resident Agent in the state this contract was sold, and that state requires a Resident Agent's Countersignature, please see that this contract is countersigned in the designated space by a Licensed Resident Agent prior to delivery.


### CONTRACT RECEIPT

I have received Policy/Certificate No. ████ 1885

The contract and benefits have been explained and are fully satisfactory to me.

Date:  _____


Insured's Signature:  _____

Agent's Signature:  _____


CIC-DELIVERY RECEIPT

**Washington National Insurance Company**
**Home Office: 11825 N. Pennsylvania St., Carmel, Indiana 46032-4555**
**Telephone: 1-800-888-4918**

POLICY SCHEDULE
DO NOT DETACH FROM POLICY AND/OR RIDER(S)

**POLICYOWNER**
    DEBRA VOGT

    SPRINGFIELD, IL 62702

| POLICY ACCOUNT NUMBER | POLICY EFFECTIVE DATE | MODE OF PAYMENT | MODAL PREMIUM | ANNUAL PAYMENT |
|---|---|---|---|---|
| ■1885 | 09/01/2014 | THIRTEENTHLY | $27.60 | $358.80 |

| Effective Date | Description of Coverage | Form Number | Payment |
|---|---|---|---|
| 09/01/2014 | Accidental Death and Dismemberment Policy Individual | CIC1022IL | $15.97 |
| 09/01/2014 | Return of Premium Rider | R1056ROP | $10.34 |
| 09/01/2014 | Physician's Office Additional Benefits Rider | R1058 | $1.29 |

SCHEDULE-ACC

## NOTICE TO POLICYHOLER

Any complaint which you may have about this policy may be sent to Washington National Insurance Company and/or to the Illinois Insurance Department at the following address:

**Washington National Insurance Company**
**Home Office:  11825 N. Pennsylvania St.**
**Carmel, Indiana 46032-4555**

**Public Services Division**
**Department of Insurance**
**215 East Monroe Street**
**Springfield, Illinois 62767**

WNIC-CN-IL

# NOTICE OF
## PROTECTION PROVIDED BY
## ILLINOIS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION

This notice provides a **brief summary** description of the Illinois Life and Health Insurance Guaranty Association ("the Association") and the protection it provides for policyholders. This safety net was created under Illinois law that determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your member life, annuity or health insurance company becomes financially unable to meet its obligations and is placed into receivership by the Insurance Department of the state in which the company is domiciled.   If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Illinois law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association per insolvency are:

- Life Insurance
  - $300,000 in death benefits
  - $100,000 in cash surrender or withdrawal values
- Health Insurance
  - $500,000 in hospital, medical and surgical insurance benefits*
  - $300,000 in disability insurance benefits
  - $300,000 in long-term care insurance benefits
  - $100,000 in other types of health insurance benefits
- Annuities
  - $250,000 in withdrawal and cash values

*The maximum amount of protection for each individual, regardless of the number of policies or contracts, is $300,000, except special rules apply to hospital, medical and surgical insurance benefits for which the maximum amount of protection is $500,000.

**Note:   Certain policies and contracts may not be covered or fully covered.**  For example, coverage does not extend to any portion of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract.  There are also residency requirements and other limitations under Illinois law.

To learn more about these protections, as well as protections relating to group contracts or retirement plans, please visit the Association's website at www.ilhiga.org or contact:

| | |
|---|---|
| *Illinois Life and Health* | *Illinois Department of Insurance* |
| *Insurance Guaranty Association* | *4th Floor* |
| *8420 West Bryn Mawr Avenue, Suite 550* | *320 West Washington Street* |
| *Chicago, Illinois  60631-3404* | *Springfield, Illinois  62767* |
| *(773) 714-8050* | *(217) 782-4515* |

**Insurance companies and agents are not allowed by Illinois law to use the existence of the Association or its coverage to encourage you to purchase any form of insurance.   When selecting an insurance company, you should not rely on Association coverage.   If there is any inconsistency between this notice and Illinois law, then Illinois law will control.**

## Washington National Insurance Company
Home Office: 11825 N. Pennsylvania St., Carmel, Indiana 46032-4555
Telephone: 1-800-888-4918

## ACCIDENTAL DEATH AND DISMEMBERMENT POLICY

### THIS POLICY IS GUARANTEED RENEWABLE FOR LIFE
### DISABILITY BENEFITS GUARANTEED RENEWABLE UNTIL AGE 70

THIS IS AN ACCIDENT ONLY POLICY AND DOES NOT PAY BENEFITS FOR LOSS FROM SICKNESS. (INSURANCE FOR SICKNESS MAY BE INCLUDED IN A SEPARATE RIDER, REQUIRING ADDITIONAL PREMIUMS. IF SUCH INSURANCE IS INCLUDED, IT WILL BE INDICATED IN THE ATTACHED POLICY SCHEDULE.) THIS POLICY PROVIDES LIMITED BENEFITS. BENEFITS PROVIDED ARE SUPPLEMENTAL AND ARE NOT INTENDED TO COVER ALL MEDICAL EXPENSES.

THIS POLICY IS NOT A MEDICARE SUPPLEMENT POLICY. IF YOU ARE ELIGIBLE FOR MEDICARE, REVIEW THE MEDICARE SUPPLEMENT BUYER'S GUIDE AVAILABLE FROM THE COMPANY.

NOTICE: AS STATED IN THE APPLICATION THIS POLICY DOES NOT PAY FOR BENEFITS FOR LOSS ASSOCIATED WITH, CAUSED BY, OR RESULTING FROM HAZARDOUS ACTIVITIES, FLYING; RACING OR SPORTS.

THIS IS NOT A WORKERS COMPENSATION CONTRACT AND IT DOES NOT PROVIDE WORKERS COMPENSATION BENEFITS.

### PLEASE READ YOUR POLICY CAREFULLY

This Policy ("Policy") is a legal contract between the Policyowner (shown on the Policy Schedule) and Washington National Insurance Company (the Company). Subject to all the terms and conditions set forth in the Policy, We agree to provide coverage to the Insured against Loss based on the application and in return for Premium payments.

IT IS IMPORTANT that You read the entire Policy, including the application, which is a part of the Policy, and write to Us within 10 days if any information shown in the application is incorrect or incomplete.

TEN DAY RIGHT TO RETURN POLICY: If for any reason the Policyowner is not satisfied with this Policy, it may be returned to an authorized agent of the Company or to Our Administrative Office within 10 days after it is received for a complete refund of Premium and cancellation of the Policy.

GUARANTEED RENEWABILITY PRIVILEGE - PREMIUM CHANGE: This Policy is continuously renewed by the payment of Premiums when due. However, disability benefits are guaranteed renewable only until age 70, if included. We reserve the right to change Premium rates upon written notice to the Insured's last known address at least 31 days before the change is to become effective. We will only change Your premium if We change it for all policies of this form number in Your state of issue on a Class basis. Premium classification is determined by Class and payment method. Your Policy cannot be singled out for a Premium rate change.

This Policy is executed on behalf of Washington National Insurance Company by its President at its Administrative Office in Carmel, Indiana.

President

CIC1022IL

## POLICY INDEX

Policy Schedule.................................................................Attached
Definitions.................................................................Section 1
Premiums.................................................................Section 2
Claim Provisions.................................................................Section 3
General Provisions.................................................................Section 4
Limitations and Exclusions.................................................................Section 5
Eligibility for Benefits.................................................................Section 6
Benefits.................................................................Section 7
Benefit Schedule.................................................................Attached
Riders, Endorsements, Amendments, if any.................................................................Attached
Application.................................................................Attached

CIC1022IL

# SECTION 1:  DEFINITIONS

When the terms below are used in this Policy, the following definitions apply:

**ACCIDENT:**  means an injury or injuries, for which benefits are provided under this Policy.

**ACCIDENTAL INJURY:**  means all bodily injuries solely caused by and resulting from an Accident.  Accidental Injury does not include injury as a direct or indirect result of bodily or mental infirmity or disease in any form or medical treatment of any kind.

**BENEFICIARY(IES):**  means the person(s) You designate in writing to Us on Your application to receive any benefits which may be payable in the event of Your death.

**CLASS:**  Is defined as one or more of the following: age on the effective date; state of issue; and type and level of benefits.

**COMMON CARRIER:**  means:
- an airline carrier which is licensed by the United States Federal Aviation Administration and operated by a licensed pilot on a regularly scheduled route between established airports; common carrier does not include the chartering of private airplanes or flying on any airlines without schedules;
- a railroad train which is licensed and operated for passenger service only; or,
- a boat or ship which is licensed for passenger service and operated on a regularly scheduled route between established ports.

**COVERED ACCIDENT:**  means an Accidental Injury that occurs while You are insured under this Policy and which is not excluded in this Policy.

**DAY:** means a 24-hour period.

**DISMEMBERMENT:**  means:
- finger:   the entire finger is permanently cut off at the joint where the finger is attached to the hand.
- arm:   the arm is permanently cut off at or above the elbow joint.
- hand:   the hand is permanently cut off at or above the wrist joint, or the use of the hand is permanently lost.
- toe:   the entire toe is permanently cut off at the joint where the toe is attached to the foot.
- leg:   the leg is permanently cut off at or above the knee joint.
- foot:   the foot is permanently cut off at or above the ankle joint, or the use of the foot is permanently lost.
- eye:   the central visual acuity of that eye becomes irrevocably incapable of being corrected to better than 20/200.

**DOCTOR OR PHYSICIAN:**  means a person, other than the Insured or Immediate Family who:
- is licensed by the state to practice a healing art; and,
- performs services which are allowed by that license.

**HOSPITAL:**  A medical facility which:
- is legally licensed and operated as a Hospital pursuant to law, on an inpatient basis;
- provides care of injured and sick people;
- is supervised by one or more Doctors;
- provides 24-hour-a-day nursing services supervised by or under a registered graduate Nurse (RN); and,
- provides on-site or prearranged use of x-ray equipment, laboratory and surgical facilities.

A Hospital is not a bed, unit, or facility that functions as a/an:
- skilled nursing facility;
- nursing home;
- extended care facility;
- convalescent home;
- rest home, or a home for the aged;
- sanatorium;
- rehabilitation center;
- place primarily providing care for alcoholics or drug addicts; or,
- facility for the care and treatment of mental disease or mental disorders.

**HOSPITAL CONFINED/CONFINEMENT:** Confinement as an inpatient for a minimum of 24 consecutive hours in a Hospital for which room and board charges are made.

**IMMEDIATE FAMILY:** Your parents, spouse, children, brothers, sisters, grandchildren, or grandparents.

**INTENSIVE CARE UNIT:** means a specifically designated facility of a Hospital which:
- is separate and apart from other Hospital areas;
- provides highest level of acute medical care;
- is restricted to critically ill or injured patients;
- contains special life-saving equipment for the care of critically ill or injured patients; and,
- has full-time nurses assigned exclusively to that area.

An Intensive Care Unit is not a/an:
- progressive care unit;
- sub-acute Intensive Care Unit;
- intermediate care unit;
- private, monitored room;
- observation unit;
- surgical recovery room; or,
- room, bed, or ward customarily used for patient confinement.

**INTOXICATION:** Means that which is defined and determined by the laws of the jurisdiction where the Loss or cause of the Loss was incurred.

**LOSS:** means a specified event due to a Covered Accident for which We pay benefits under this Policy or any riders attached.  For disability benefits, Loss means each full Day of Total Disability.

**MEDICALLY NECESSARY:** means care, other than custodial care, that is required based upon generally accepted medical practice for the diagnosis or treatment of Accidental Injury or sickness.  When an insured person is confined to a Hospital when care could be, and typically is, given elsewhere, that confinement is not considered Medically Necessary.  Care is considered to be custodial when its primary purpose is to meet personal needs that could be met by persons other than Physicians.

**MOTORIZED VEHICLE:** means a motorized vehicle which is limited to automobiles, trucks of all sizes, taxis, motor homes, vans, and buses, other than a Common Carrier.  The vehicle must be licensed by proper authority and authorized to travel on city, state, and federal roads.

**OFF-THE-JOB ACCIDENT:** means a Covered Accident which does not occur while in the course of any occupation, activity, or employment for pay, benefit, or profit.

**PEDESTRIAN:** means an Insured is not a passenger in a Common Carrier or Motorized Vehicle, but is struck by such a vehicle.

**POLICY:** means the Entire Contract of insurance between the Policyowner and the Company.

**POLICYOWNER:** means the person named as the Policyowner in the Policy Schedule.

**PREMIUM:** means the amount of money You are required to pay Us in return for the insurance provided by this Policy.

**TOTALLY DISABLED or TOTAL DISABILITY:** means the period of time during which You are wholly and continuously unable to perform physical tasks that You can normally do and such inability prevents You from engaging in the material and substantial duties of any occupation for which You may be qualified, by reason of education, training, or experience.  If You are doing any work for wages or profit, You are not considered Totally Disabled.

**WE, US, OUR:** means Washington National Insurance Company, "the Company".

**YOU, YOUR, YOURSELF, INSURED:** The person(s) named as an Insured on the Policy Schedule:
- if this is Individual coverage, only the Insured;
- if this is Individual plus Child(ren) coverage, the Insured and the Insured's children;
- if this is Individual plus Spouse coverage, the Insured and the Insured's spouse; and,
- if this is Family coverage, the Insured, Insured's spouse and children.

CIC1022IL

4

Spouse means the insurable person named as spouse on the application and legally married to the Insured on the Effective Date of this Policy.

Child(ren) means the Insured's and spouse's natural child, step-child, legally adopted child, a child placed with the Insured for adoption, a foster child(ren), or court appointed guardianship/order/administrative order of a child including grandchild, who is:
- insurable and named on the application;
- unmarried;
- chiefly dependent on the Insured or spouse for support; and,
- the Limiting Age is younger than 22, or younger than 26 if a full-time student in a licensed or accredited school.  The definition of "full-time student" is based on the criteria for "full-time student" in the school where the student is enrolled.

Children also includes dependent children, regardless of age, who:
- are mentally or physically handicapped;
- became or become handicapped prior to the Limiting Age; and,
- cannot support themselves because of their handicap.

For handicapped children We must be provided, where possible, with proof of the child's incapacity and dependency no more than 60 days after the child reaches the Limiting Age.  Thereafter, such proof must be provided at Our request, but not more frequently than annually after the second Policy year following the attainment of the Limiting Age.

A child's insurance will terminate on the date on which that child ceases to meet the above conditions.  Our acceptance of Premium after this date is considered as Premium only for the remaining persons who qualify under this Policy.  It is the Insured's responsibility to notify Us when a child ceases to meet the above conditions.

Newborn children are insured from the moment of birth.  If this is Family or Individual plus child(ren) coverage, no notice or additional Premium is required.  If this is Individual coverage or Individual plus Spouse, a newborn child is covered from the moment of birth for 31 days. Coverage for such child may be extended beyond the initial 31 day period by notifying Us in writing within 31 days after the child's birth and paying any required additional Premium.

Benefits for newborns will be paid for the necessary care and treatment of medically diagnosed congenital defects, birth abnormalities and prematurity.  Benefits are not payable for normal, newborn childcare.

A child(ren) placed for adoption, a foster child(ren), or court appointed guardianship of a child(ren) including grandchild after the Effective Date of this Policy will be covered from the date of placement; Pre-Existing Condition limitations and exclusions will not apply.  If this is Family or Individual plus child(ren) coverage, no notice or additional Premium is required.  If this is Individual or Individual plus Spouse coverage, a newly adopted child, a foster child(ren), or court appointed guardianship of a child is covered for 31 days from the date of placement.  Coverage for such child may be extended beyond the initial 31 day period by notifying Us in writing within 31 days after the date of placement and paying any required additional Premium.  Coverage on a child for whom adoption proceedings have been filed will terminate on the date such proceedings are terminated and the child is removed from placement.

## SECTION 2: PREMIUMS

**PAYMENT OF PREMIUMS:**  The first Premium is due on the Effective Date of this Policy.  Each Premium after the first is due on the last day of the term for which the most recent Premium was paid and must be accepted by Us at Our Administrative Office.

**EXCEPTION:**  During the time, if any, that it is agreed between You and Us that Premiums will be billed and remitted through payroll deduction or credit union share account deduction, Premium is due in Our Administrative Office on the due date indicated in the billing provided to the administrator coordinating Premium payments on Your behalf.

This Policy will not be in force until the first Premium is accepted by Us.  If We accept a Premium, this Policy will continue in force until the end of the term for which that Premium was due.

The amount of the first Premium is shown in the Policy Schedule and is based on Your initial mode of payment.  The amount of each Premium after the first is based on Your then current mode of payment and the Premium then being charged for Policies of this form number and Premium classification issued in the same state.  If You do not pay Your Premium when due or within the grace period, coverage under this Policy will terminate.

CIC1022IL                                                                                              5

**GRACE PERIOD:** A grace period of 31 days is granted for the payment of each Premium falling due after the first Premium. During this period the Policy will stay in force. The Policy will terminate on the due date of the unpaid Premium if You do not pay the Premium by the end of the grace period. A grace period is not provided if You send Us notice to terminate the Policy prior to a Premium due date. Termination for any reason will not prejudice a claim for Loss incurred prior to the due date of the unpaid Premium.

**REINSTATEMENT:** If this Policy terminates because the Premium is not paid by the last day of the grace period, We may allow You to reinstate Your Policy.

If We accept Your Premium and do not require a reinstatement application, this Policy will be reinstated as of 12:00 noon Standard Time at Your place of residence. The Effective Date of coverage will be the date We receive the Premium. If We require a reinstatement application at the time We receive the Premium, We will issue a conditional receipt for the Premium. Upon Our receipt and approval of the reinstatement application, this Policy will be reinstated as of 12:00 noon Standard Time on the date the reinstatement application is approved by Us. If We do not mail written notice of disapproval within 45 days after the date of the conditional receipt, then this Policy will automatically be reinstated as of 12:00 noon Standard Time on the 45th day.

The reinstated Policy will provide benefits for Loss resulting from such Accidental Injury as may be sustained after the reinstatement date. The reinstated Policy or riders will only provide benefits for other Losses, 10 days or more after the reinstatement date. If a Sickness Disability Rider is included in this Policy, the reinstated rider will only provide benefits for Losses, which result from any sickness that the rider provides benefits for, which start more than 10 days after the reinstatement.

We reserve the right to make changes in this Policy before We reinstate it. Any changes will be noted on or attached to the reinstated Policy. In every other way, Your rights and Our rights will be the same as existed immediately prior to termination.

**TRANSFER FROM PAYROLL DEDUCTION:** If this Policy was issued on a payroll deduction payment method as designated in Your application and if, after at least one Premium payment, Premiums cease to be remitted through a valid payroll group, You may continue Your insurance by remitting Premium through one of Our other payment methods then available.

At the time this Policy is issued, these payment methods include:
- monthly deduction from a checking or saving account; and,
- direct bill for an annual, or semi-annual premium.

The Premium rate will not be changed because of this transfer.

# SECTION 3: CLAIM PROVISIONS

**NOTICE OF CLAIM:** Written notice of claim must be given to Us within 60 days after the start of a Loss or as soon as reasonably possible. The notice must be sent to Us at Our Administrative Office. The notice should include the Insured's name, and the Policy number.

**CLAIM FORMS:** When We receive written notice of a claim, We will send forms for filing Proof of Loss. If We do not send these forms within 15 days, You will meet the Proof of Loss requirements by giving Us a written statement of the nature and extent of the Loss within the time stated in the Proof of Loss provision.

**PROOF OF LOSS:** You must give Us satisfactory written Proof of Loss within 90 days after the Loss for which You are seeking benefits. If it is not reasonably possible to give written Proof of Loss in the time required, We will not reduce or deny benefits for this reason if the Proof of Loss is filed as soon as reasonably possible. However, the Proof of Loss required must be given no later than one year and 90 days from the date proof is otherwise required, unless You were legally incapacitated during that time.

If this Policy provides for periodic payments for continuing Loss, written Proof of Loss must be given to Us within 90 days after the end of each period for which We are liable.

One or more of the following together with Your written statement may be required as Proof of Loss:
- completed Company claim forms;
- marriage certificate, and death certificates;
- a Pathologist's report;
- a Physician's statement;
- itemized bills for services rendered;
- Hospital, medical and Physician records;
- autopsy report; and,
- medical and pharmaceutical receipts.

**TIME OF PAYMENT OF CLAIMS:** After We receive written Proof of Loss and determine that benefits are payable, We will pay monthly all benefits then due for claims providing a periodic payment. Benefits for any other Loss for which benefits are payable under this Policy will be paid within 30 days of receipt of receive written Proof of Loss satisfactory to Us. Failure to pay within such period shall entitle the Insured to interest at the rate of 9% per annum from the 30th day after receipt of such Proof of Loss to the date of late payment, provided that interest amounting to less than one dollar need not be paid.

**PAYMENT OF CLAIMS:** Benefits will be paid to the Insured. We will not be bound by any assignment of benefits form unless We have given Our prior consent. Any benefits unpaid at the time of the Insured's death will be paid in the following order: any approved assignee, the surviving person legally married to the Insured at the Insured's death; the Insured's estate.

**PHYSICAL EXAMINATION AND AUTOPSY:** We have the right to have You examined as often as reasonably necessary while a claim is pending. We can require an autopsy where not forbidden by law. Either will be done at Our expense.

**UNPAID PREMIUM:** When a claim is paid, any Premium due and unpaid may, at Our sole discretion, be deducted from the claim payment.

**CLAIM REVIEW:** If a claim is denied, We will give You written notice of the reason for denial; the Policy provision that relates to the denial; Your right to ask for a review of the claim; and any additional information that might allow Us to change Our decision. You may, upon written request, read any reports that are not confidential.

**LEGAL ACTION:** No Legal Action can be taken against Us to receive benefits under this Policy;
- within 60 days after written Proof of Loss has been furnished, in accordance with the requirements of this Policy; or,
- more than three years from the time written Proof of Loss is required to be given.

# SECTION 4:  GENERAL PROVISIONS

**ENTIRE CONTRACT:** The entire contract of insurance consists of:
- this Policy;
- the Policy Schedule;
- any attached amendments, riders or endorsements; and,
- the application and any supplemental application.

In the absence of fraud, all statements made by the Insured will be considered representations and not warranties. No written statement made by an Insured will be used in any contest unless a copy of the statement is furnished to the Insured, his or her beneficiary, or a personal representative.

**POLICY CHANGES:** No change to this Policy is valid unless it is in writing, endorsed by one of Our officers, and attached to this Policy. No one else has the authority to change this Policy or to waive any of its provisions.

**ADDING ADDITIONAL INSUREDS:** You may be able to add a spouse or child(ren) to this Policy as an Insured, subject to the You, Your, Yourself, Insured definition. To do so We must receive: (1) an application for the spouse or child(ren); (2) evidence satisfactory to Us that the person is eligible and insurable; and, (3) payment of any additional Premium for that person. If the application is approved, We will notify You of the date the added person's coverage becomes effective.

**CHANGE OF BENEFICIARY:** The Policyowner can ask Us to change the Beneficiary at any time. The request must be in writing and the change must be approved by Us. If approved, it will go into effect the day the Policyowner signs the request. The change will not have any bearing on payments made before We approved the request.

**TERM:** The first term begins at 12:00 noon Standard Time at the Insured's address on the Effective Date shown on the Policy Schedule. The first term ends at 12:00 noon Standard Time on the next following renewal date. Each renewal term begins at 12:00 noon Standard Time on the date the previous term ends. Each renewal term ends at 12:00 noon Standard Time on the date to which Premium is paid. Renewal dates are determined by Your mode of payment which is shown on the Policy Schedule.

**CANCELLATION OF INSURANCE:** The Policyowner may request cancellation of this Policy at any time. The Policyowner may also cancel any coverage provided to an Insured at any time. The request must be in writing and sent to Us at Our Administrative Office. Cancellation will become effective on the day We receive the request, or on a later date specified in the request.

Cancellation will not prejudice a claim for Loss incurred prior to cancellation.

CIC1022IL

**REFUND OF UNEARNED PREMIUM:** Upon receipt of written proof of death of an Insured, We will return the unearned portion of any Premium paid to the Insured's estate.

**CONTINUATION:** If the Policyowner dies, any other Insureds may continue to have coverage under this Policy as long as the appropriate Premium is paid. Any disability benefits in the Policy or in any attached rider will not continue.

**CONVERSION PRIVILEGE:** If coverage terminates for reasons other than non-payment of Premium, if coverage of an Insured terminates due to divorce, or a child's insurance terminates due to marriage or reaching the Limiting Age, such Insured may convert to a separate Policy without having to provide Us with evidence of insurability. Any disability benefits in the Policy or in any attached rider will not be available for conversion. Obtaining that Policy is subject to the following conditions:

- a request in writing for the converted Policy must be made to Us within 31 days after the coverage under this Policy terminates;
- the applicable Premium must be paid. This Premium will be based upon the person's age and level of benefits;
- any benefit amounts paid for a person under this Policy will be applied to benefit limits under the converted Policy; and,
- the effective date of the converted coverage will be the date coverage terminates under this Policy.

The new coverage will provide the same benefits as provided in this Policy. All benefits accrued under this Policy will be credited to the new coverage with the exception of any premium returning rider, if included. The new coverage is subject to any limitations or exclusions which applied to this Policy. In addition, any benefit amounts paid under this Policy will be applied to benefit limits under the new coverage.

**MISSTATEMENT OF AGE:** If any age is misstated in the application, the benefits will be such as the Premium paid would have been if purchased at the correct age. If based on the correct age We would not have issued this Policy, Our only responsibility will be to refund any excess Premium paid.

**TIME LIMIT ON CERTAIN DEFENSES:** We rely on the statements made in the application when issuing this Policy. After this Policy has been in force for two years, We cannot cancel it or refuse to pay benefits for Losses commencing after such time because of any misstatements in the application, except fraudulent misstatements.

No claim for Loss incurred after two (2) years from the date You become covered under this Policy will be reduced or denied because a disease or physical condition, not excluded by name or specific description before the date of Loss, had existed before the Effective Date of Your Policy, subject to SECTION 6, ELIGIBILITY FOR BENEFITS.

**CONFORMITY WITH THE STATE STATUTES:** Any provision of this Policy which, on its Effective Date, is in conflict with the statutes of the state in which the insured resides on such date is hereby amended to conform to the minimum requirements of such statutes.

**CHOICE OF LAW:** This insurance Policy and claims arising under it are governed by the laws of the state where this Policy's application has been signed by the Insured, exclusive of such state's choice of laws provisions.

## SECTION 5: LIMITATIONS AND EXCLUSIONS

We will not pay benefits for Loss associated with, caused by, or resulting from Your:

**ILLEGAL ACTS:** Participating or attempting to participate in an illegal act, or working at an illegal job.

**INTOXICATION:** Being legally intoxicated, or so intoxicated that mental or physical abilities are seriously impaired, being under the influence of any illegal drugs, or being under the influence of any narcotic, unless such narcotic is taken under the direction of and as directed by a Physician.

**PRE-EXISTING CONDITIONS:** Having any injury or conditions not otherwise excluded by name or specific description which was diagnosed by or for which You consulted a Physician within 12 months prior to the date You become insured under this Policy. Benefits will not be paid for Losses related to such injury or condition which occur during the first 12 months after the date You become insured under this Policy.

CIC1022IL

8

**SELF-INFLICTED INJURIES (SANE OR INSANE):** Injuring or attempting to injure Yourself intentionally, regardless of mental capacity.

**SICKNESS:** Having any disease, bodily or mental illness, or degenerative process. We also will not pay benefits for any related medical treatments or diagnostic procedures.

**SUICIDE (SANE OR INSANE):** Committing or attempting to commit suicide, regardless of mental capacity.

**TRAVEL:** Being in an Accident which occurs more than 40 miles outside the territorial limits of the United States, Canada, Mexico, Puerto Rico, the Bahamas and the Virgin Islands, Bermuda and Jamaica, except under the Accidental Death Benefit.

**WAR/MILITARY SERVICE:** Being exposed to war or any act of war, declared or not, or participating in or contracting with the armed forces (including Coast Guard) of any country or international authority. We will return, at Your request, the prorated Premium paid for You for any period You are not insured by this Policy while You are in such service.

**WORKMEN'S COMPENSATION:** Benefits covered by an state or federal workmen's compensation, employers liability or occupational disease law.

## SECTION 6: ELIGIBILITY FOR BENEFITS

You will be eligible for benefits under this Policy if:
- You have a Covered Accident;
- You incur a Loss while You are insured under this Policy; and,
- Your Loss is not excluded by name or specific description in this Policy.

## SECTION 7: BENEFITS

**OUR PROMISE TO PAY:** Subject to the provisions of this Policy, We will pay the benefits listed below for Your Covered Accident. Benefit amounts are shown in the Benefit Schedule and are the maximum amounts payable per Covered Accident.

**ACCIDENTAL DEATH:** If an Accidental Injury causes an Insured to die within 90 days after the Covered Accident, We will pay one of the lump sum Accidental Death Benefits shown in the Benefit Schedule.

**Accidental Death:** a Covered Accident that occurs on or after the Effective Date of coverage and while coverage is in force and the Accident is other than defined below. We will pay the amount shown in the Benefit Schedule.

**Motorized Vehicle Accident:** a Covered Accident that occurs on or after the Effective Date of coverage and while coverage is in force directly involving a Motorized Vehicle. Operators are excluded if they are driving any taxi, intrastate or interstate vehicle for wage, compensation, or profit. We will pay the amount shown in the Benefit Schedule.

**Pedestrian Accident:** a Covered Accident that occurs on or after the Effective Date of coverage and while coverage is in force. These types of Accidents are subject to the Limitations and Exclusions. We will pay the amount shown in the Benefit Schedule.

**Common Carrier Accident:** a Covered Accident that occurs on or after the Effective Date of coverage and while the coverage is in force directly involving a Common Carrier. These types of Accidents are subject to the Limitations and Exclusions. We will pay the amount shown in the Benefit Schedule.

**DISMEMBERMENT:** We will pay the appropriate amount shown in the Benefit Schedule if a Covered Accident causes the Dismemberment of a finger, hand, toe, foot, arm, leg, or eye within one year after the Covered Accident.

If You lose a finger or toe as a result of a Covered Accident, We will pay the single Loss benefit shown in the Benefit Schedule. If You lose two or more, We will pay the multiple Loss benefit shown in the Benefit Schedule.

If You lose an eye, hand, foot, arm, or leg as a result of a Covered Accident, We will pay the single Loss benefit shown in the Benefit Schedule. If You lose two or more, We will pay the multiple Loss benefit shown in the Benefit Schedule.

Any Fracture Benefit for a subsequently dismembered hand, finger, foot or toe resulting from the same Covered Accident will be deducted from the Dismemberment Benefit.

If this benefit is paid and You also die as a result of the same Covered Accident, We will reduce any Death Benefit by the amount We pay under the Dismemberment Benefit.

**FRACTURE:** A fracture is a break in a bone. Diagnosis must be by a Physician through an x-ray or other medical imaging device.

We will pay the appropriate amount shown in the Benefit Schedule if You fracture a bone as part of a Covered Accident and it is diagnosed and treated by a Physician within 90 days after the Covered Accident.

If the fracture requires a surgical incision to set the bone, We will pay an extra 50% of the amount shown in the Benefit Schedule.

**MULTIPLE FRACTURES:** If You have more than one fracture as part of a Covered Accident, We will pay the appropriate amount for each fracture; however, We will pay a total of no more than 150% of the benefit amount for the fracture which has the largest dollar value for which You are eligible.

**CHIP FRACTURE:** A chip fracture is a piece of bone which is completely broken off near a joint. If a Physician diagnoses and treats Your chip fracture without surgery, We will pay only 25% of the amount shown in the Benefit Schedule for the affected bone.

**DISLOCATION:** A dislocation is a completely separated joint. If You dislocate a joint as part of a Covered Accident, and it is diagnosed and treated by a Physician within 90 days after the Covered Accident, We will pay the appropriate amount shown in the Benefit Schedule.

If the dislocation requires a surgical incision to relocate the joint, We will pay an extra 50% of the amount shown in the Benefit Schedule.

We will pay benefits only for the first complete or partial dislocation of a joint. We will not pay for recurring dislocations of the same joint. If You dislocated a joint before You become insured under this Policy and You dislocate the same joint again, this benefit will not be paid.

**MULTIPLE DISLOCATIONS:** If You sustain more than one complete or partial dislocation in any one Covered Accident, We will pay the appropriate amount for each dislocation; however, We will pay a total of no more than 150% of the benefit amount for the dislocated joint which has the largest dollar value for which You are eligible.

**PARTIAL DISLOCATION:** A partial dislocation is a dislocation in which the joint is not completely separated. If a Physician diagnoses and treats Your Covered Accident as a partial dislocation, We will pay 25% of the amount shown in the Benefit Schedule for the affected joint.

**LACERATION:** A laceration is a cut in the skin. If You are lacerated as part of a Covered Accident and Your laceration is repaired with sutures by a Physician within 72 hours after the Covered Accident, We will pay the appropriate amount shown in the Benefit Schedule.

CIC1022IL

**MULTIPLE LACERATIONS:** If You suffer multiple lacerations as part of a Covered Accident and Your lacerations are repaired with sutures by a Physician within 72 hours after the Covered Accident, We will pay this benefit based on the combined length of all lacerations which require sutures.

**INJURIES REQUIRING SURGERY:**

**EYE INJURY:** If You injure Your eye as part of a Covered Accident and eye surgery is performed due to a Covered Accident by a Physician within 90 days after the Covered Accident, We will pay the amount shown in the Benefit Schedule. Eye surgery includes the removal of an object, with or without anesthesia.

**TENDON AND LIGAMENT:** If You tear, sever or rupture Your tendon or ligament as part of a Covered Accident and have the injured tendon or ligament repaired through surgical incision by a Physician within 90 days after the Covered Accident, We will pay the appropriate amount shown in the Benefit Schedule. The amount paid will be based on the number (single or multiple) of tendons and ligaments repaired.

This benefit is not payable if either the dislocation benefit or fracture benefit is payable due to the same Covered Accident.

**RUPTURED DISC:** If You rupture a disc in Your spine as part of a Covered Accident, receive treatment for the rupture from a Physician within 60 days after the Covered Accident, and have the rupture repaired through surgical incision by a Physician within one year after the Covered Accident, We will pay the appropriate amount shown in the Benefit Schedule. The amount paid will be based on the length of time You have been insured under this Policy on the date Your Covered Accident occurred.

**TORN CARTILAGE:** If You tear cartilage as part of a Covered Accident, receive treatment for the torn cartilage from a Physician within 60 days after the Covered Accident, and have the torn cartilage repaired through surgical incision by a Physician within one year after the Covered Accident, We will pay the appropriate amount shown in the Benefit Schedule. The amount paid will be based on the length of time You have been insured under this Policy on the date Your Covered Accident occurred.

**HERNIA:** If You suffer a hernia as part of a Covered Accident, receive treatment for the hernia from a Physician within 60 days after the Covered Accident, and have the hernia repaired through surgical incision by a Physician within one year after the Covered Accident, We will pay the appropriate amount shown in the Benefit Schedule. The amount paid will be based on the length of time You have been insured under this Policy on the date Your Covered Accident occurred. If Your hernia is a herniated disc, We will pay the ruptured disc benefit in lieu of the hernia benefit. All types of hernias that are caused by a Covered Accident are covered under this benefit.

**PARALYSIS:** Paralysis means the permanent and complete cessation of function of two or more arms or legs. If You have a Covered Accident and the injury causes paraplegia or quadriplegia which is diagnosed by a Physician within 90 days after the Covered Accident, We will pay the amount shown in the Benefit Schedule.

If this benefit is paid and You also die as a result of the same Covered Accident, We will reduce any Death Benefit by the amount We pay under the paralysis benefit.

**BURN:** If You are burned as part of a Covered Accident and Your burns are treated by a Physician within 72 hours after the Covered Accident, We will pay the burn benefit shown in the Benefit Schedule, provided that, at a minimum:
- second degree burns cover at least 25% of Your body surface; or,
- third degree burns cover at least nine square inches of Your body surface.

This benefit is not payable for first degree burns.

**HOSPITAL CONFINEMENT:** While this coverage is in force, if an Insured requires Hospital Confinement for treatment of injuries sustained in a Covered Accident, We will pay the daily amount shown in the Benefit Schedule for each Day of confinement. Confinement must start within 30 days of the Accident. We will pay this benefit up to 365 days per Covered Accident. This daily benefit is payable for only one Hospital Confinement at a time per Insured, even if caused by more than one Covered Accident.

CIC1022IL

**INTENSIVE CARE UNIT:**  While an Insured is receiving this benefit, We will pay the amount shown in the Benefit Schedule for each Day the Insured is confined in an Intensive Care Unit.  This Intensive Care Unit benefit is payable for up to 15 days per Covered Accident.  This daily benefit is payable for only one Hospital Confinement at a time per Insured, even if caused by more than one Covered Accident.

**EMERGENCY ROOM SERVICES:**  When an Insured is admitted to an emergency room for a Covered Accident We will pay the appropriate amount shown in the Benefit Schedule.  Admission to the emergency room for a Covered Accident must occur within 72 hours of the Covered Accident.  This benefit is payable once per 24 hour period and only once per Covered Accident per Insured.

**AMBULANCE:**  We will pay the amount shown in the Benefit Schedule if, as the result of Your Covered Accident You require transportation to a Hospital and You are transported by a professional ambulance service (including "air ambulance" service) within 72 hours of the Covered Accident.  Any ambulance service must be necessary to protect Your health and safety when other reasonable and customary travel methods are not available.

**PHYSICIAN'S OFFICE VISIT BENEFIT:**  When an Insured person visits a Physician's office due to a Covered Accident for which a charge is made We will pay the amount shown in the Benefit Schedule per visit limited to 2 visits per Covered Accident per Insured.

**PHYSICAL THERAPY BENEFIT:**  When an Insured has physical therapy due to a Covered Accident, We will pay the amount shown in the Benefit Schedule per therapy session limited to 8 sessions per Covered Accident per Insured.

**MEDICAL IMAGING BENEFIT:**  We will pay the amount shown on the Benefit Schedule when a Insured person receives an evaluation due to a Covered Accident using one of the following medical imaging exams:  CT (computerized tomography) scan, MRI (magnetic resonance imaging), EEG (electroencephalogram).

These exams must be performed in a Hospital, an ambulatory surgical center, imaging center, or a Physician's office.  This benefit is limited to one per Covered Accident per Insured.

**MEDICAL APPLIANCES BENEFIT:**  We will pay the amount in the Benefit Schedule once per Covered Accident per Insured when a Physician prescribes medical appliances, for the aid of the Insured person due to a Covered Accident.  This benefit is payable for wheelchair, walker, crutches, leg brace, or back brace.

**BLOOD AND PLASMA BENEFIT:**  We will pay the amount shown in the Benefit Schedule if You incur a Loss for receiving whole blood, plasma, red cells, packed cells or platelets due to a Covered Accident whether Hospital Confined or as outpatient treatment. We do not pay for processing, administration, storage, laboratory charges, blood or blood components replaced by donors.  This benefit is payable once per Covered Accident per Insured.

**PROSTHESIS BENEFIT:**  We will pay this benefit for prosthetic devices prescribed by a Physician due to a Covered Accident for which You received benefits under this Policy.  We will pay the amount shown in the Benefit Schedule.  The amount listed is the maximum payable per device for each Insured person per Covered Accident. Devices must be obtained within three years after the date of the Covered Accident for which We paid a benefit.

**TRANSPORTATION BENEFIT:**  If an Insured requires special treatment and confinement in a Hospital for injuries sustained in a Covered Accident, We will pay the benefit shown in the Benefit Schedule.  This benefit is payable for the trip to the Hospital.  The local attending Physician must prescribe the treatment, and the treatment must not be available locally.  This benefit is not payable for transportation to any hospital located within a 100-mile radius of the site of the Accident or residence of the Insured.  Ambulance or air ambulance transportation is only payable under the Ambulance benefit.  This benefit is payable for up to three trips per calendar year per Insured.

**FAMILY LODGING BENEFIT:**  When the Insured must travel more than 100 miles from their residence to be confined in a Hospital because treatment for injuries sustained in a Covered Accident are not available locally, We will pay the benefit shown in the Benefit Schedule for one hotel/motel room for the member(s) of their Immediate Family who accompanied the Insured.  This benefit is only payable during the Insured's Period of Confinement. The local attending Physician must prescribe the treatment.  This benefit is payable up to 30 days per Covered Accident.  The Hospital and hotel/motel must be more than 100 miles from the residence of the Insured.

## ACCIDENTAL DEATH AND DISMEMBERMENT
## BENEFIT SCHEDULE

|  | Policyowner |
|---|---|
| **Accidental Death Benefit** | |
| Accidental Death | $50,000 |
| Motorized Vehicle or Pedestrian | $75,000 |
| Common Carrier | $100,000 |
|  | |
| **Dismemberment Benefit** | |
| One finger or toe | $1,250 |
| More than one finger and/or toe | $1,500 |
| One eye, hand, foot, arm, or leg | $7,500 |
| More than one eye, hand, foot, arm, or leg | $25,000 |
|  | |
| **Fracture** | |
| Hip or thigh | $2,400 |
| Vertebrae | $2,200 |
| Pelvis | $2,000 |
| Skull (depressed) | $1,800 |
| Leg | $1,500 |
| Foot, ankle, or knee cap | $1,200 |
| Forearm or hand | $1,200 |
| Lower jaw | $1,000 |
| Shoulder blade, collar bone, or sternum | $1,000 |
| Skull (simple) | $900 |
| Upper arm or upper jaw | $900 |
| Facial Bones | $750 |
| Vertebrael processes | $500 |
| Coccyx, rib, finger, toe, or nose | $200 |
|  | |
| **Dislocation** | |
| Hip | $2,200 |
| Knee (not knee cap) | $1,600 |
| Shoulder | $1,200 |
| Foot or ankle | $1,000 |
| Hand | $900 |
| Lower jaw | $750 |
| Wrist | $600 |
| Elbow | $500 |
| Finger or toe | $200 |
|  | |
| **Laceration** | |
| Combined length: | |
| Over 5" | $300 |
| 2" to 5" | $150 |
| Up to 2" | $75 |

BS1022

## BENEFIT SCHEDULE CONTINUED

Policyowner

**Injuries Requiring Surgery**
Eye Injury                                    $150
**Tendon or ligament:**
Single                                        $600
Multiple                                      $900
**Ruptured disc:**
Covered accident occurs:
During first year you are insured             $150
After first year you are insured              $600
**Torn cartilage:**
Covered accident occurs:
During first year you are insured             $150
After first year you are insured              $600
**Hernia:**
Covered accident occurs:
During the first year you are                 $150
insured
After first year you are insured              $300

**Paralysis:**
Paraplegia                                    $5,000
Quadriplegia                                  $6,250

**Burn**                                      $900

**Hospital Confinement**                      $300 per Day up to
                                              365 days

**Intensive Care Unit**                       $600 per Day up to
                                              15 days per
                                              Covered Accident

**Ambulance**                                 $150 within 72 hours
                                              of the Covered
                                              Accident

**Air Ambulance**                             $1,000 within 72
                                              hours of the Covered
                                              Accident

**Emergency Room Services**                   $300 per Covered
                                              Accident per Insured

**Transportation**                            $400 per trip to
                                              Hospital for injured
                                              person

BS1022

### BENEFIT SCHEDULE CONTINUED

Policyowner

**Family Lodging**              $100 per Day during
                                time of hospitalization
                                up to 30 days per
                                Covered Accident

**Physician's Visit**           $30 limit 2 per
                                Covered Accident per
                                Insured

**Physical Therapy**            $30 limit 8 per
                                Covered Accident per
                                Insured

**Medical Imaging Benefit**     $150 limited to one
                                per Covered Accident
                                per Insured

**Medical Appliances Benefit**  $100 limited to one
                                per Covered Accident
                                per Insured

**Prostheses Benefit**          $500 maximum
                                benefit per device

**Blood and Plasma**            $100 payable once
                                per Covered Accident
                                per Insured

BS1022

**Washington National Insurance Company**
Home Office:  11825 N. Pennsylvania St., Carmel, IN 46032-4555
Telephone:  1-800-888-4918

**Amendment**

This Amendment is a part of the policy to which it is attached.  That Policy is called "the Policy" in this Amendment.  This Amendment is subject to all of the terms, provisions, definitions and exclusions of the Policy, except as stated in this Amendment.

## SECTION 5:  LIMITATIONS AND EXCLUSIONS is amended as follows:

**ILLEGAL ACTS:**  We shall not be liable for any loss to which a contributing cause was the Insured's commission of or attempt to commit a felony or to which a contributing cause was the Insured's being engaged in an illegal occupation.

## The following Limitation is hereby removed in it's entirety:

**WORKMEN'S COMPENSATION:**    Benefits covered by a state or federal workmen's compensation, employers liability or occupational disease law.

*Karl W Kirby*

Secretary

A1064

**Washington National Insurance Company**
Home Office: 11825 N. Pennsylvania St., Carmel, Indiana 46032-4555
Telephone: 1-800-888-4918

## RETURN OF PREMIUM RIDER

This Rider is a part of the Policy to which it is attached. That Policy is called "the Policy" in this Rider. This Rider is subject to all of the terms, provisions, definitions and exclusions of the Policy, except as stated in this Rider.

### CONSIDERATION – EFFECTIVE DATE

We have issued this Rider in consideration of the advance payment of the Premium (EXCEPTION: During the time, if any, that it is agreed between the Policyowner and the Company that Premiums will be billed and remitted through payroll deduction or credit union share account deduction, the Premium is due on the date indicated in the billing provided to the administrator coordinating Premium payments on the Policyowner's behalf). This Rider takes effect at the same time and will continue for the same term as the Policy unless a different Rider Effective Date is indicated on the Policy Schedule.

### RENEWABILITY – TERMINATION - REINSTATEMENT

This Rider is renewable at the same time and under the same terms as the Policy, and is subject to the payment of the Rider Term Premium. The Rider Term Premium is shown in the Policy Schedule. Premium rates for this Rider may be changed in the same way as Premium rates for the Policy. If the Premium for the Policy or any Rider changes for any reason, You will be notified of the revised Premium. We will calculate Your Return of Premium Benefit Amount based on both the original Premium paid and the revised Premium paid.

This Rider will terminate on the earliest of: (1) the date the Policy terminates; or (2) the end of the last period for which the Rider Term Premium required to keep this Rider in force is paid, subject to the Grace Period in the Policy. If You allow the Policy to terminate and it is later reinstated, then all Maturity Dates will be deferred by the period of time that the Policy was inactive.

> **EXCEPTION:** If a Maturity Date occurs on the Rider anniversary date after You reach age 75, We will not defer that Maturity Date.

### CONTINUATION PRIVILEGE

If this is a family policy and You die, Your spouse may elect to continue insurance under the Policy and this Rider by paying the Premium. All Maturity Dates will continue to be based on Your age. The Return of Premium Benefit Amount will be paid to Your spouse.

### BENEFIT ASSIGNMENT NOT ALLOWED

You may not assign the benefits under this Rider.

R1056ROP

## DEFINITIONS

When the terms below are used in this Rider, the following definitions will apply.

**RETURN OF PREMIUM PERIOD:**  means the period of time from the Rider Effective Date to the first Maturity Date, or from any Maturity Date to the next.

Based on Your age at the beginning of a Return of Premium Period, the length of the period will be as follows:
- Beginning at age 55 or under:  20 years.
- Beginning at age 56 through 65:  The number of years from the beginning of the Return of Premium Period to the first anniversary date after You reach age 75.
- Beginning at age 66 or over:  10 YEARS.

**MATURITY DATE:**  means the date on which a Return of Premium Period ends and You become entitled to the benefit provided by this Rider.

## BENEFITS

**OUR PROMISE TO PAY:**  We will pay You a Return of Premium Benefit if You keep Your Policy and this Rider in force until a Maturity Date.  You do not need to surrender Your Policy and this Rider at a Maturity Date to receive a Return of Premium Benefit.

After each Maturity Date, You will automatically begin a new Return of Premium Period.

## RETURN OF PREMIUM BENEFIT AMOUNT:

- **FOR A RETURN OF PREMIUM PERIOD BEGINNING AT AGE 65 OR UNDER:**  The benefit amount is equal to the Premiums paid for the insurance provided during the Return of Premium Period, minus any claims incurred during the Return of Premium Period.  For other information which may affect this amount, please refer to the Renewability, Termination, Reinstatement Provision in this Rider.

- **FOR A RETURN OF PREMIUM PERIOD BEGINNING AT AGE 66 OR OVER:**  The benefit amount is equal to one half of the Premiums paid for the insurance provided during the Return of Premium Period, minus any claims incurred during the Return of Premium Period.  For other information which may affect this amount, please refer to the Renewability, Termination, Reinstatement Provision in this Rider.

**EFFECT OF WAIVER OF PREMIUM ON RETURN OF PREMIUM:**  Premiums waived under any Waiver of Premium Rider attached to the Policy will be treated both as Premiums paid and claims incurred for purposes of calculating the Return of Premium Benefit Amount.

Karl W Kirby

Secretary

R1056ROP

2

**Washington National Insurance Company**
Home Office: 11825 N. Pennsylvania St., Carmel, Indiana 46032-4555
Telephone: 1-800-888-4918

## PHYSICIAN'S OFFICE ADDITIONAL BENEFITS RIDER

This Rider is a part of the Policy to which it is attached. That Policy is called "the Policy" in this Rider. This Rider is subject to all of the terms, provisions, definitions and exclusions of the Policy, except as stated in this Rider.

### CONSIDERATION – EFFECTIVE DATE

We have issued this Rider in consideration of the advance payment of the Premium (EXCEPTION: During the time, if any, that it is agreed between the Policyowner and the Company that Premiums will be billed and remitted through payroll deduction or credit union share account deduction, the Premium is due on the date indicated in the billing provided to the administrator coordinating Premium payments on the Policyowner's behalf). This Rider takes effect at the same time and will continue for the same term as the Policy unless a different Rider Effective Date is indicated on the Policy Schedule.

### RENEWABILITY – TERMINATION

This Rider is renewable at the same time and under the same terms as the Policy, and is subject to the payment of the Rider Term Premium. The Rider Term Premium is shown in the Policy Schedule. Premium rates for this Rider may be changed in the same way as Premium rates for the Policy. This Rider will terminate on the earliest of: (1) the date the Policy terminates; or (2) the end of the last period for which the Rider Term Premium required to keep this Rider in force is paid, subject to the Grace Period in the Policy.

### REINSTATEMENT

This Rider may be reinstated subject to the terms of the Policy to which it is attached and subject to the Policyowner's age.

### BENEFIT

When an Insured person visits a Physician's Office due to a Covered Accident this Rider will pay an additional benefit for each Covered Accident as stated below:

    1.  $50 when the Physician's Office Visit benefit and other Policy benefits are payable; or,

    2.  $200 when the Physician's Office Visit benefit is the only Policy benefit payable.

We will only pay this benefit once per Covered Accident for each Insured.

### LIMITATIONS AND EXCLUSIONS

**DENTAL PROCEDURES:** We will not pay benefits for Loss contributed to, caused by, or resulting from Your treatment for dental care or dental procedures, unless treatment is the result of a Covered Accident. Dental procedures as a result of a Covered Accident are limited to the natural teeth.

*Karl W Kiltz*

Secretary


R1058

WASHINGTON NATIONAL INSURANCE COMPANY
PO Box 2024, Carmel, Indiana 46082-2024

*COVERAGE IDENTIFICATION CARD*

INSURED:   DEBRA VOGT

SPRINGFIELD, IL 62702

ACCOUNT NUMBER:   █████ 1885

PLEASE INCLUDE YOUR ACCOUNT NUMBER ON ALL CORRESPONDENCE

Signature: _____

COVERAGE CODE: A                          .

WASHINGTON NATIONAL INSURANCE COMPANY
PO Box 2024, Carmel, Indiana 46082-2024

*COVERAGE IDENTIFICATION CARD*

INSURED:   DEBRA VOGT

SPRINGFIELD, IL 62702

ACCOUNT NUMBER:   █████ 1885

PLEASE INCLUDE YOUR ACCOUNT NUMBER ON ALL CORRESPONDENCE

Signature: _____

COVERAGE CODE: A

To determine coverage type, match the coverage code on the
Front of this card to the appropriate plan listed below

C= Cancer Plan

S = Sickness Plan (Hospital Indemnity and Disability)

I = Intensive Care

A= Accident Plan

H = Heart and Stroke Plan

K = Critical Illness

O= Other

Customer Service: 1-800-541-2254

To determine coverage type, match the coverage code on the
Front of this card to the appropriate plan listed below

C= Cancer Plan

S = Sickness Plan (Hospital Indemnity and Disability)

I = Intensive Care

A= Accident Plan

H = Heart and Stroke Plan

K = Critical Illness

O= Other

Customer Service: 1-800-541-2254

DEBRA VOGT

SPRINGFIELD, IL 62702

WASHINGTON NATIONAL INSURANCE COMPANY
P.O. Box 2022
Carmel, IN  46082-2022
(800) 541-2254


September 29, 2017


DEBRA VOGT

SPRINGFIELD, IL 62703-3824


Insured:        DEBRA VOGT
Policy Number: ███████1885

Dear DEBRA VOGT:

Thank you for the opportunity to serve your insurance needs. We are
writing to confirm that your policy has been canceled per your request,
effective July 3, 2017.

This is the last date for which premium was received. Therefore, no
premium refund is due. Additionally, no benefit is payable under the
policy's premium returning feature. On the reverse side you will find the
calculations used to determine this result.

Providing you with this insurance protection has been our pleasure. We
welcome the opportunity to continue assisting you with your future
insurance needs. Should you have any questions regarding this matter,
please contact us at the above listed number.

Sincerely,

Customer Service

ROP9701



EXHIBIT

B

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total
$

Postmark
Here

Sen
Washington National Insurance
11825 N. Pennsylvania Street
Carmel, IN 46032-4555

7017 1070 0000 6455 8504

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Washington National Insurance
11825 N. Pennsylvania Street
Carmel, IN 46032-4555

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2850 7069 0362 39

2. Article Number *(Transfer from service label)*
7017 1070 0000 6455 8504

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                           ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

APR 0 9 2018

SABRINA LEBLANC

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt


EXHIBIT
C

# ACKERMAN LAW OFFICE, P.C.
2601 S. Fifth Street
Springfield, IL 62703

(217) 789-1977
(888) 889-1977
Fax (217) 789-1210

James W. Ackerman

March 26, 2018

Washington National Insurance Company
11825 N. Pennsylvania Street               **CERTIFIED MAIL –**
Carmel, IN 46032-4555                      **RETURN RECEIPT REQUESTED**

RE:    Estate of Debra Vogt

To whom it may concern:

On behalf of my client, Alicia Vogt, I sent a Notice of Claim letter to you on February 28, 2018. She told you soon after her mother died that she wanted to pursue the proceeds of the policy.

You did not send a Proof of Claim form. Instead, you sent a letter, dated March 07, 2018, claiming you could not discuss this with me. You also sent a form called "Accidental Injury Claim Form". We filled those out and have enclosed them.

Please consider this Proof of Loss pursuant to Section 3 of your policy. We have included a copy of a death certificate showing Debra K. Voigt died on August 12, 2017 from Blunt force injuries. She died after being hit by a train, so common corner in the policy applies. Coverage is $100,000.00.

When our client originally submitted her claim you returned a check for $13.80 claiming it was a refund of premium. My client is entitled to the proceeds of the policy, not a refund of premium.

We have enclosed a copy of a Letter of Testamentary for your convenience.

Sincerely yours,

James W. Ackerman

JWA/jar

Enclosures

Cc:    Alicia Vogt

**IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT**
**SANGAMON COUNTY, ILLINOIS**

FILED
NOV 21 2017
10
Clerk of the
Circuit Court

IN RE:                                    )
                                          )
Debra Vogt,                               )          Case No.: 2017-P-000627
                                          )
          Decedent.                       )

**LETTERS TESTAMENTARY**

By order of the above Court, Alicia Vogt,                          , Carlinville, Illinois, 62626,

has been appointed executor of the Estate of Debra Vogt, deceased, who died on the 12th day of

August, 2017, and as such representatives, are authorized to sue for and collect the personal estate

and debts due the decedent and to perform all duties imposed on the representatives by the Estate

so far as there is property, and as charged by law; and to do all other acts now or hereafter required

by law of said representative.

Witness, NOV 21 2017 , 20____

_____
Clerk of Court

**CERTIFICATE**

I certify that this is a copy of the letters of office now in force in this case.

NOV 21 2017 , 20____

_____
Clerk of Court

James W. Ackerman, 06192795
ACKERMAN LAW OFFICE, P.C.
2601 South Fifth Street
Springfield, IL 62703
217-789-1977
jim@ackermanlawoffices.com

1 of 1

SPRINGFIELD CITY CLERK
SPRINGFIELD, ILLINOIS
MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| STATE FILE NUMBER | 2017 0065532 | MEDICAL EXAMINER'S CASE NUMBER | 17-1356-C | | DATE ISSUED | 10/5/2017 |

| DECEDENT'S LEGAL NAME DEBRA KAY VOGT | | SEX FEMALE | DATE OF DEATH AUGUST 12, 2017 |
|---|---|---|---|

| COUNTY OF DEATH SANGAMON | AGE AT LAST BIRTHDAY 42 YEARS | DATE OF BIRTH ████ 1974 |

| CITY OR TOWN SPRINGFIELD | HOSPITAL OR OTHER INSTITUTION NAME AREA OF HIGHLAND AVENUE AND 1ST STREET |

PLACE OF DEATH
TRAIN TRACKS

| BIRTHPLACE SPRINGFIELD, IL | SOCIAL SECURITY NUMBER ████-7346 | STATUS AT TIME OF DEATH NEVER MARRIED/NEVER IN CIVIL UNION | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? NO |

| RESIDENCE | | | CITY OR TOWN SPRINGFIELD | INSIDE CITY LIMITS? YES |

| COUNTY SANGAMON | STATE IL | ZIP CODE 62703 | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION THOMAS M VOGT SR | MOTHER/CO-PARENTS NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION LINDA S SIMPSON |

| INFORMANT'S NAME LINDA S VOGT | RELATIONSHIP MOTHER | MAILING ADDRESS PO BOX 366, ORANGEVILLE, IL, 61060 |

| METHOD OF DISPOSITION CREMATION | PLACE OF DISPOSITION IDEAL CREMATION | LOCATION - CITY OR TOWN AND STATE BENLD, IL | DATE OF DISPOSITION AUGUST 17, 2017 |

FUNERAL HOME
HEINZ FUNERAL HOME INC, 212 E MAIN, CARLINVILLE, IL, 62626

| FUNERAL DIRECTOR'S NAME ALBERT AUGUST HEINZ | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER 034016979 |

| LOCAL REGISTRAR'S NAME FRANK J LESKO | DATE FILED WITH LOCAL REGISTRAR OCTOBER 4, 2017 |

| CAUSE OF DEATH | PART I. | MULTIPLE BLUNT FORCE INJURIES | |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | | |
| | b. Due to (or as a consequence of): | | |
| | c. Due to (or as a consequence of): | | |
| | Due to (or as a consequence of): | | MINUTES |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| | WAS AN AUTOPSY PERFORMED? YES |
|---|---|
| | WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? YES |
| FEMALE PREGNANCY STATUS NOT PREGNANT WITHIN LAST YEAR | MANNER OF DEATH COULD NOT BE DETERMINED |

| DATE OF INJURY AUGUST 11, 2017 | TIME OF INJURY UNKNOWN | PLACE OF INJURY RAILROAD TRACKS | INJURY AT WORK? NO |

LOCATION OF INJURY
HIGHLAND AVENUE AND 1ST STREET, SPRINGFIELD, IL, 62704

| DESCRIBE HOW INJURY OCCURRED: PEDESTRIAN STRUCK BY ONE OR MORE TRAINS. | IF TRANSPORTATION INJURY, SPECIFY: |

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED AUGUST 12, 2017 | TIME OF DEATH 12:55 AM |

| CERTIFIER MEDICAL EXAMINER/CORONER | DATE CERTIFIED OCTOBER 04, 2017 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH CINDA EDWARDS, 200 SOUTH 9TH STREET, ROOM 303, SPRINGFIELD, IL, 62701 | PHYSICIAN'S LICENSE NUMBER |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.



Frank J. Lesko

Washington National Insurance Company
Home Office: 11825 N. Pennsylvania St., Carmel, IN 46032

Questions about your claim submission?
CALL (800) 541-2254

## ACCIDENTAL INJURY CLAIM FORM

**PLEASE SUBMIT THESE ITEMS WITH ALL CLAIMS:**

☐ Disability claim form (CLM-FORM-ACC)—signed    *N/A*

☐ Authorization to obtain medical/confidential information (see attached form)—signed

☐ Itemized medical bills for treatment    *N/A*

> **Required:**
> ☐ Patient information
> ☐ Date of service
> ☐ Charge amount
> ☐ CPT code or procedure description
> ☐ ICD code or diagnosis for treatment
> *Please note: Medicare statements and Explanation of benefits (EOBs) from other insurance companies cannot be used to process claims.*
>
> **May include:**
> ☐ *Automobile accident*—Police report
> ☐ *Surgery*—Operative report and surgeon bill(s) for completed procedures
> ☐ *Hospital and/or emergency room visit*—Admission and/or discharge paperwork and bill(s) for treatment
>     (Examples: UB04, CMS 1500, etc.)
> ☒ Death certificate

Will you also be filing a disability claim?    ☐ Yes    ☒ No

*If yes, please complete the disability form (CLM-FORM-DI) available at WashingtonNational.com or by contacting (800) 541-2254.*

**WHERE TO SUBMIT CLAIMS:**

☒ *Mail:* Washington National Claims Department, P.O. Box 2024, Carmel, IN 46082-2024

☐ *Express mail:* Attn: Claim Processing 2024, 11825 N. Pennsylvania St., Carmel, IN 46032

☐ *Fax:* (317) 208-8656

☐ *Email:* wnhealthclaims@WashingtonNational.com (submit .pdf or .tif files only; no text in an email will be transmitted)

### SECTION A: OWNER INFORMATION (please print)

Policy or certificate number
▓▓▓▓ 1885

| Last name | First name | Middle initial |
|---|---|---|
| Debra Vost | Debra | |

Date of birth ▓▓▓ 74

Social Security number ▓▓▓ 7346

Mailing address    ☐ Check box if this is a new permanent address    ☐ Check box if address change applies to everyone on the policy
*Deceased*

| City | State | ZIP code |
|---|---|---|
| | | |

If mailing address is a P.O. Box, please indicate physical address here:

| Work address | Email |
|---|---|
| | |

| Home phone number | May we leave a voice mail here? | ☐ Yes ☐ No |
|---|---|---|

| Work phone number | May we leave a voice mail here? | ☐ Yes ☐ No |
|---|---|---|

CLM-FORM-ACC

(12/12)

## SECTION B: PATIENT ADDRESS INFORMATION (if different from owner)

| Last name | First name | Middle initial |
|---|---|---|
| _Debra Kast_ same | _as owner_ | |
| **Social Security number** | **Phone number** | **Date of birth** |

**Mailing address**

| City | State | ZIP code |
|---|---|---|

## SECTION C: PATIENT INFORMATION

**Gender:**
- ☐ Male
- ☒ Female

**Marital status:**
- ☐ Single
- ☐ Married
- ☐ Other

**Relationship:**
- ☐ Self   ☐ Spouse   ☒ Dependent
- ☐ Check if dependent is a full-time student
  *(Include documentation to confirm student status)*
- ☐ Check if dependent is disabled
- ☒ Check if insured is deceased; date deceased: _8 / 12 / 17_

## SECTION D: DESCRIPTION OF ACCIDENT
### Please provide a thorough description of the accident.
### Your policy document provides the definition of an accident for reference in completing this section.

1. Where did this event occur?   ☐ On job   ☒ Off job: indicate where: _on or around a drain track in Springfield Il._

2. Date of event _8/12/17_

3. Have you been treated for the same or similar condition *prior* to this occurrence?   ☐ Yes   ☒ No

4. Please describe the **event** that caused your injury.
_Train hit decedent_

5. Please describe the physical **injury** caused by the event.
_See #4_

## SECTION E: PHYSICIAN AND MEDICAL FACILITY INFORMATION
### Physician or medical facility where treated

| Treating physician name | Phone number | Fax number |
|---|---|---|
| N/a | | |

**Address**

| City | State | ZIP code |
|---|---|---|

**Email**

| Primary physician name (if different than treating physician) | Phone number | Fax number |
|---|---|---|

**Address**

| City | State | ZIP code |
|---|---|---|

**Email**

| Hospital name (if applicable) | Phone number | Fax number |
|---|---|---|
| N/a | | |

**Address**

| City | State | ZIP code |
|---|---|---|

**Email**

| Rehabilitation unit name (if applicable) | Phone number | Fax number |
|---|---|---|

**Address**

| City | State | ZIP code |
|---|---|---|

**Email**

### Puerto Rico residents only: Please provide the following information for your major medical insurer.

| Name of major medical insurer | Primary insured name |
|---|---|

**Address**

| City | State | ZIP code |
|---|---|---|

| Group number | Phone number |
|---|---|

## SECTION F: PATIENT AND POLICYOWNER SIGNATURE SECTION

Please be sure to include the following information with this claim form:
☐ **Itemized bills from a physician and/or facility including diagnosis and/or procedure codes and charge amounts**
   (Itemized bills may include but are not limited to the following claim forms: UB04, CMS 1500, etc.)

By signing my name on this document, I declare that all of the information given is true and correct to the best of my knowledge and belief. I acknowledge I have received all required fraud warnings at the time of signing this form.

_Alicia Voigt_ _____      _daughter_ _____      _3 , 26 , 18_ _____
Patient signature (or legal representative)            Relationship to owner            Date

_____                          ___/___/_____
Owner signature (or legal representative)                          Date

11825 N. Pennsylvania St.
Carmel, IN 46032
Fax Number: (800) 757-6324

# CONFIDENTIAL HEALTH INFORMATION RELEASE FORM
Conforms to the HIPAA Privacy Rule

Please print clearly in ink. Refer to Instructions for information on how to complete each section.

| Policy Number: 1885 | Policyholder/Primary Insured: Debra Vogt |
|---|---|
| Date: 3/25/18 | Covered Dependent (if applicable): |

## A | MY INFORMATION

| Name (Print full name): Alicia A.R. Vogt | Date of Birth: /96 | SSN: 1963 | Telephone: (217) 381-47__ |
|---|---|---|---|
| Address: | City: Carlinville | State: Il | Zip Code: 62626 |

## B | RECEIVING PARTY

| Name (Print full name): James W. Ackerman ~~Alicia A.R. Vogt~~ | Company Name (if applicable): Ackerman Law Office | Telephone: (217) 789-1977 |
|---|---|---|
| Address: 2601 S. Fifth St. | City: Springfield | State: Il | Zip Code: 62703 |

I authorize the release of my information as described below:

☑  All information about my claims and coverage, and any other policy information to which I am entitled.

☐  Only the following information may be disclosed to the Receiving Party:

     ☐  Claim Details:
          ☐  Financial Only
          ☐  Financial and Medical
     ☐  Coverage Details
     ☐  Policy Status / Premium Information
     ☐  Other (describe information in detail)_____

## C | DISCLOSING PARTY

CNO Services, LLC (on behalf of one or more of the following insurance companies: Bankers Life and Casualty Company, Bankers Conseco Life Insurance Company * [*domiciled in and licensed in the State of New York], Colonial Penn Life Insurance Company, Conseco Life Insurance Company, Conseco Life Insurance Company of Texas, Jefferson National Life Insurance Company, Washington National Insurance Company, Primerica Life Insurance Company) is authorized to disclose information about me to the Receiving Party listed above.

## D | PURPOSE OF RELEASE

The purpose of the release of information is at the request of the individual, identified in Section A.

CHIRF                                                                                                (08/12)

## E   DURATION OF AUTHORIZATION

Twenty-four (24) months from the date signed below, unless an earlier expiration date is specified here:   _____

## E   AUTHORIZATION / SIGNATURES

- I understand that this authorization to release information to a third party is optional and I am not required under the terms of my policy to give such authorization.

- I understand that I can revoke this authorization at any time, except to the extent it has already been relied upon, by sending a written revocation to the address provided.

- I understand that my treatment, payment and eligibility for benefits may not be conditioned on this authorization.

- I understand that if the person or organization I authorize to receive the information described above is not subject to federal health information privacy laws, it could be re-disclosed and no longer protected by federal health information privacy laws.

- I understand that I am entitled to a copy of this authorization and a photocopy or facsimile is as valid as the original.

| Signature  *Alicia Vogt* | Date  3-26-18 |
|---|---|
| Printed Name  *Alicia Vogt* | Relationship (if signed by Legal Representative **) |

**Legal Representatives must provide documentation of legal authority

## SECTION F: PHYSICIAN STATEMENT
## To be completed and signed by the physician

*Please answer each question COMPLETELY. Failure to complete all sections may delay processing of this claim.*

| | |
|---|---|
| Policy or certificate number | Policyholder name |
| Patient name | Patient date of birth |
| Physician name | Phone number | Fax number |

Mailing address

| City | State | ZIP code |
|---|---|---|

Physician email

Where did this event occur?  ☐ Home ☐ Work ☐ Other: _____   Date of event: ____/____/_____

Please describe how this event occurred.

To your knowledge, has this patient ever had the same or a similar medical condition?  ☐ Yes   ☐ No
If yes, please describe (including date):

| Date of service | Diagnosis/ICD code | Surgery/CPT code | Description of surgery | Charges |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Was patient hospitalized as result of the diagnosis?  ☐ Yes  ☐ No ➤   Confinement dates | Discharge date

If yes, was patient kept overnight?  ☐ Yes  ☐ No

| Hospital name | City | State |
|---|---|---|

Was patient confined to the ICU?  ☐ Yes  ☐ No ➤   Confinement dates

Level of care provided _____

Is patient's past medical history on file in your office?  ☐ Yes  ☐ No;  If yes, years available: _____

_____          ____/____/____          _____
Physician signature                                      Date                              Tax ID number

CLM-FORM-ACC

(12/12)

## FRAUD WARNING NOTICES
## PLEASE READ THE FRAUD WARNING NOTICE FOR YOUR STATE

**NOTICE:** Any person who knowingly and with intent to defraud any insurance company that submits an application for insurance or statement of claim containing any materially false information, or conceals information concerning any fact material thereto for the purpose of misleading, may be committing a crime which is subject to criminal and civil penalties.

**ALABAMA:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**ALASKA, DELAWARE, FLORIDA, IDAHO, NEW YORK:** Your state requires us to notify you that: any person who knowingly and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony as further defined by your state statute.

**ARKANSAS, HAWAII, LOUISIANA, MAINE, NEW MEXICO, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WEST VIRGINIA:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**ARIZONA, KENTUCKY, OHIO:** WARNING: any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**CALIFORNIA:** For your protection California law requires the following warning statement to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**COLORADO:** WARNING: any person who knowingly and with intent to defraud an insurer provides false, incomplete or misleading information is subject to criminal and civil penalties, including imprisonment, fines and denial of insurance. Any agent who knowingly and with intent to defraud a policyholder or claimant provides false, incomplete or misleading information with regard to a settlement or insurance proceeds payable will be reported to the Colorado Insurance Department.

**DISTRICT OF COLUMBIA:** WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**INDIANA, MINNESOTA:** Your state requires us to notify you that: any person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**MARYLAND:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NEW HAMPSHIRE:** Your state requires us to notify you that any person, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud under New Hampshire law.

**NEW JERSEY, PENNSYLVANIA:** NOTICE: any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**OKLAHOMA:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**PUERTO RICO:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**WASHINGTON:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.

## Authorization to obtain medical/confidential information

Conforms to HIPAA Privacy Rule

**1.  My information—the individual who is the subject of the information**

| Printed name  Debra Vost | Date of birth  ████ 14 | Social Security number |
|---|---|---|

| Address  deceased | City | State | Zip |
|---|---|---|---|

**2.  Disclosing party—parties authorized to release information about me**

Any physician or other healthcare provider, hospital, clinic, medical facility, clinical lab, pharmacy,  pharmacy benefit manager or pharmacy-related organization, insurance company or health plan, Social Security Administration, governmental agency or my employer

**3.  Description of my information authorized for release**

- Any information related to my past, present or future health condition(s), medical care/treatment or prescription drug history, which includes information about mental health (excluding psychotherapy notes), communicable disease, HIV/AIDS, alcohol and substance abuse; and
- Any information regarding my past, present or future employment that is reasonably necessary to process and administer my claim(s) for accident insurance and/or disability income insurance benefits.

**4.  Purpose of authorization—how my information will be used**

To administer benefits under a policy or certificate of insurance.

**5.  Duration of authorization**

Twenty-four (24) months from the date written below, unless I specify an earlier date here: _____

**6.  Receiving parties—parties authorized to receive information about me**

CNO Services, LLC on behalf of one or more of the following insurance companies: Bankers Life and Casualty Company, Bankers Conseco Life Insurance Company*, Colonial Penn Life Insurance Company, Conseco Life Insurance Company, Conseco Life Insurance Company of Texas, Washington National Insurance Company, Primerica Life Insurance Company, Jefferson National Life Insurance Company

*domiciled in and licensed in the State of New York

**7.  Important information—review carefully before signing**

- Refusing to sign this authorization does not affect my ability to obtain medical treatment, but may prevent my insurance company from being able to determine if benefits are payable under the terms of my coverage.
- This authorization may be revoked at any time unless it was already relied upon. Send a written revocation to: Customer Service P.O. Box 2024, Carmel, IN 46082-2024.
- The receiving parties named above are subject to federal privacy laws. However, if I authorize parties who are not subject to these laws to receive medical information about me, then such information could be re-disclosed and would no longer be protected.
- I understand that I have a right to a copy of this authorization, and that a photocopy or facsimile is as valid as the original.
- California residents are entitled to a large print version of this form by calling (800) 541-2254 to request form HEALTHMEDAUTH-LARGE.

**8.  Approval—must be signed and dated by me or my legal representative* to be valid**

Print name: Alicia Vost        Relationship: Daughter / Administrator

Signature: Alicia Vost         Date: 3-20-17

*Legal representatives provide documentation of legal authority

Claims Department, P.O. Box 2024, Carmel, IN 46082-2024
Phone: (800) 541-2254 Fax: (317) 208-8656

CLM-FORM-ACC

(12/12)

# CONFIDENTIAL HEALTH INFORMATION RELEASE FORM INSTRUCTIONS
Conforms to the HIPAA Privacy Rule

**MAILING ADDRESS**
11825 N. Pennsylvania St.
Carmel, IN 46032

**FAX NUMBER: (800) 757-6324**

## INSTRUCTIONS TO COMPLETE FORM

Please read these instructions carefully before completing this form. Fill out all sections of the document and include appropriate signatures.  If you would like to provide authorization on multiple policies, separate forms are needed for each policy number.

### A.   MY INFORMATION
1. This section is regarding the individual, "you", who is the subject of the information to be released. Complete all fields in this section with your information.

### B.   RECEIVING PARTY
1. The Receiving Party is the individual that is being authorized to receive information about you. Provide the person's information in this section.
2. Indicate what information may be released by checking one or more of the boxes. By checking the box, you are authorizing the release of that type of information.
3. If the "Other" box is marked, list the specific information that may be disclosed.
4. If you authorize the release of medical claim details, the Receiving Party will only be entitled to medical claim details about you and your minor dependents. Medical claim details on adult dependents will not be disclosed without a signed release form from that individual.
5. The Receiving Party is only entitled to receive information. Changes to the policy cannot be made by the Receiving Party.

### C.   DISCLOSING PARTY

The Disclosing Party is the organization authorized to release information about you.

### D.   PURPOSE OF RELEASE

This section describes how your information will be used by the Receiving Party after it is released.

### E.   DURATION OF AUTHORIZATION

If you would like the authorization timeframe to be less than 24 months, complete this section with the requested expiration date.

### F.   AUTHORIZATION / SIGNATURES
1. This section must be signed and dated by you. The authorization is not valid until these fields are completed.
2. If you are a legal representative, a copy of the legal authority documentation must be submitted with this form. Documentation includes, but is not limited to: Power of Attorney or Guardianship documents and Estate Paperwork (if the subject of the information is deceased).

CHIRF

(08/12)